B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cekic, Suncica** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5269** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8528 W. Gregory Street**<br>**Apt. 3N**<br>**Chicago, IL**                ZIP Code **60656** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)  (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cekic, Suncica** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **SL Express** | Case Number: | Date Filed: **7/01/14** |
| District: **Northern District of Illinois** | Relationship: **Shareholder/Director** | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** **/s/ Mihaela L. Raicu**          **July 1, 2014**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Mihaela L. Raicu 6290520** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cekic, Suncica** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Suncica Cekic**
Signature of Debtor  **Suncica Cekic**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**July  1, 2014**
Date

### Signature of Attorney*

X **/s/ Mihaela L. Raicu**
Signature of Attorney for Debtor(s)

**Mihaela L. Raicu 6290520**
Printed Name of Attorney for Debtor(s)

**Mihaela L. Raicu**
Firm Name
**70 W. Madison Street□**
**1400**
**Chicago, IL 60602**

Address

**Email: mraicu_esq@yahoo.com**
**312-224-8900  Fax: 312-284-4944**
Telephone Number

**July  1, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Suncica Cekic_____   Case No. _____

                                    Debtor(s)              Chapter    __7_____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                              Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Suncica Cekic**
                           **Suncica Cekic**

Date:    **July  1, 2014**

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court

### Northern District of Illinois

In re **Suncica Cekic** _____ ,

Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 10,187.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 22,638.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 7 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 69 | | 64,699.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 606.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 586.61 |
| Total Number of Sheets of ALL Schedules | | 88 | | | |
| Total Assets | | | 10,187.00 | | |
| Total Liabilities | | | | 87,337.33 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Suncica Cekic**

_____,
Debtor

Case No. _____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 606.00 |
| Average Expenses (from Schedule J, Line 22) | 586.61 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 220.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 3,817.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 64,699.33 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 68,516.33 |

B6A (Official Form 6A) (12/07)

In re    **Suncica Cekic**                                    ,    Case No. _____
                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re  **Suncica Cekic** _____ ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **PNC** | **-** | **35.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **One bedroom set** | **-** | **100.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothes and Shoes** | **-** | **200.00** |
| 7.  Furs and jewelry. | | **15 year old fur coat and some non-gold jewelry** | **-** | **100.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **435.00**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Suncica Cekic**                                                                ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **SL Express, Inc.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Suncica Cekic**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2012 Ford Focus 30,000 miles** | - | 9,752.00 |
| | | **2012 Mitsubishi Lease Interest Only** | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        **9,752.00**
(Total of this page)

Total >        **10,187.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re    **Suncica Cekic**
_____,    Case No. _____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)    $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)    *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **PNC** | **735 ILCS 5/12-1001(b)** | **35.00** | **35.00** |
| **Household Goods and Furnishings** | | | |
| **One bedroom set** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Wearing Apparel** | | | |
| **Clothes and Shoes** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| **Furs and Jewelry** | | | |
| **15 year old fur coat and some non-gold jewelry** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Stock and Interests in Businesses** | | | |
| **SL Express, Inc.** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |

| | | Total: | **435.00** | **435.00** |

_**0**_  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Suncica Cekic**                                                 ,        Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx6698**<br><br>**Glenview State Bank**<br>**800 Waukegan Rd**<br>**Glenview, IL 60025** | X | - | Opened 3/01/13  Last Active 2/20/14<br><br>**2012 Ford Focus 30,000 miles**<br><br>Value $                9,752.00 | | | | 13,569.00 | 3,817.00 |
| Account No. **xxxxxx6116**<br><br>**Mmca/c1**<br>**Attention:  Banktruptcy Department**<br>**3120 Rider Trail S**<br>**Earth City, MO 63045** | | - | Opened 10/01/12  Last Active  5/31/14<br><br>**2012 Mitsubishi Lease Interest Only**<br><br>Value $              19,000.00 | | | | 9,069.00 | 0.00 |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal<br>(Total of this page) | 22,638.00 | 3,817.00 |
| | Total<br>(Report on Summary of Schedules) | 22,638.00 | 3,817.00 |

B6E (Official Form 6E) (4/13)

.

In re    **Suncica Cekic**                                                  ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**6** continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Suncica Cekic** _____, Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx4756** <br><br>**City of Burbank Police** <br>**5650 W. 75th Place** <br>**Burbank, IL 60459** | - | | 06.28.2011 <br><br>**Parking violation** | | | | 0.00 | 0.00 | 0.00 |
| Account No. **xxxxxx006A** <br><br>**City of Chicago** <br>**8212 Innovation Way** <br>**Chicago, IL 60682** | - | | 1.10.2012 <br><br>**Moving Violation** | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br>**City of Palos Hills** <br>**10335 South Roberts Road** <br>**Palos Hills, IL 60465** | - | | 2009-2012 <br><br>**Business License Taxes** | | | | 0.00 | 0.00 | 0.00 |
| Account No. **3936** <br><br>**Dekalb County Recorders Court** <br>**3630 Camp Circle** <br>**Decatur, GA 30032** | - | | 08.19.2011 <br><br>**Citation for Owner Operator** | | | | 0.00 | 0.00 | 0.00 |
| Account No. **0503** <br><br>**E-470 Public Highway Authority** <br>**P.O. Box 5470** <br>**Denver, CO 80217** | - | | 11.8.2012 <br><br>**Tollway fees and penalties** | | | | 0.00 | 0.00 | 0.00 |

Sheet __1__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Suncica Cekic** _____ ,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **1011** <br><br> EFTPS Processing Center <br> P.O. Box 173788 <br> Denver, CO 80217 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. **1761** <br><br> Harris County Toll Road <br> Dept 1 <br> P.O. Box 4440 <br> Houston, TX 77210 | - | | 07.11.2012 <br><br> Toll Road Violations | | | | 0.00 | 0.00 | 0.00 |
| Account No. **xxx9623** <br><br> Illinois Commerce Commission <br> 527 East Capitol Avenue <br> Springfield, IL 62701 | - | | 2012-2013 <br><br> Licensing Taxes | | | | 0.00 | 0.00 | 0.00 |
| Account No. **xxxx** <br><br> Illinois commerce Commission <br> 527 East Capitol Ave, 1st Floor <br> Springfield, IL 62701 | - | | 2010 <br><br> UCR program payment | | | | 0.00 | 0.00 | 0.00 |
| Account No. **xx** <br><br> Illinois Department of Revenue <br> Motor Fuel Use Tax Section <br> P.O. Box 19027 <br> Springfield, IL 62794 | - | | Motor & Fuel Tax | | | | Unknown <br><br> Unknown | Unknown | Unknown |

Sheet ___**2**___ of ___**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 0.00 | | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Suncica Cekic** _____ ,     Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Illinois Department of Transportato Division of Traffic Safety 1340 North 9th St, P.O. Box 19212 Springfield, IL 62794-9212** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. **xxxx327-3** **Illinois Dept of Employment Securit 33 S. State 10th Floor Chicago, IL 60603** | - | | 11.1.2012 Unemployment Insurance | | | | 0.00 | 0.00 | 0.00 |
| Account No. **x7809** **Illinois Secretary of State Commercial & Farm Truck Division 501 S Second St Rm300 Howlett Bldg Springfield, IL 62756** | - | | 2012 IRP Registration Renewal | | | | 0.00 | 0.00 | 0.00 |
| Account No. **5745** **Illinois Tollway 2700 Ogden Ave. Downers Grove, IL 60515** | - | | 07.02.12 Tollways and Fees | | | | Unknown Unknown | Unknown | 0.00 |
| Account No. **6105** **Internal Revenue Service ACS Support - STOP 813G P.O. Box 145566 Cincinnati, OH 45250** | - | | 11.13.2012 M & M Expedited Levy on Income | | | X | 0.00 0.00 | 0.00 | 0.00 |

Sheet __3__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00

(Total of this page) | 0.00 | 0.00

B6E (Official Form 6E) (4/13) - Cont.

In re **Suncica Cekic** _____, Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **6839** | | **2012** | | | | | | | |
| Kansas Motor Carrier Property Tax Kansas Department of Revenue 915 SW Harrison St. Topeka, KS 66612 | - | Personal Property Tax | | | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. **9214** | | 06.14.2012 | | | | | | | |
| Kentucky Division of Motor Carriers Tax Branch P.O. Box 2007 Frankfort, KY 40602 | - | | | | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. **1101** | | 10.19.2012 | | | | | | | |
| Michigan Department of Treasury P.O. Box 30140 Lansing, MI 48909 | - | | | | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. **9840** | | | | | | | X | | |
| New Mexico Taxation and Revenue Dep P.O. Box 630 Santa Fe, NM 87504 | - | | | | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. **6105** | | 07.31.2012 | | | | | | | |
| New York State Tax Department Misc Tax - Hut Processing W A Harriman Campus Albany, NY 12227 | - | | | | | | | 0.00 | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

Sheet __4__ of __6__ continuation sheets attached to    Subtotal    0.00
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    0.00    0.00

B6E (Official Form 6E) (4/13) - Cont.

In re   **Suncica Cekic**                                                    ,   Case No. _____
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx6479**<br><br>**North Texas Tollway Authority**<br>P.O. Box 660244<br>Dallas, TX 75266 | - | | 12.28.2012<br><br>**Tollway Fees and Penalties** | | | | 0.00 | 0.00<br><br>0.00 |
| Account No. **x7809**<br><br>**Office of the Secretary of State**<br>501 SO 2nd St.<br>300 Howlett Bldg<br>Springfield, IL 62756 | - | | 2012<br><br>**Licensing** | | | | 0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>**Ohio Public Utilites Commission**<br>Compliance Division<br>180 East Broad Street, 4th Floor<br>Columbus, OH 43215 | - | | | | | | 0.00 | 0.00<br><br>0.00 |
| Account No. **xx6534**<br><br>**Oregon DOT**<br>550 Capitol Street NE<br>Salem, OR 97301 | - | | 2011-2012<br><br>**Licensing** | | | | 0.00 | 0.00<br><br>0.00 |
| Account No. **x6830**<br><br>**Travis County Tax Assessor**<br>5501 Airport Blvd.<br>P.O. Box 149326<br>Austin, TX 78714 | - | | | | | | 0.00 | 0.00<br><br>0.00 |

Sheet __5___ of __6____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 0.00   0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Suncica Cekic** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx xxx701 C** <br><br> **U.S. Department of Transportation** <br> **1200 New Jersey Ave, S.E.** <br> **Washington, DC 20590** | - | | 06.05.2012 <br><br> **MC number** | | | | 0.00 | 0.00 | 0.00 |
| Account No. **xxxxxxx6834** <br><br> **Wisconsin Department of Transportat** <br> **P.O. Box 7995** <br> **Milwaukee, WI 53201** | - | | **Vehicle Equipment Violation** | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __6__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Total <br> (Report on Summary of Schedules) | 0.00 | 0.00 |
| | 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re   **Suncica Cekic**                                                              ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **006A**<br><br>**20/20 Freight Systems**<br>**38 Jeanne Dr.**<br>**Newburgh, NY 12550** | | - | 12.26.2011<br>**Disputed Violation** | | | | 0.00 |
| Account No. **xxxx**<br><br>**5 Star Express LLC**<br>**38 Coal St.**<br>**Port Carbon, PA 17965** | | - | **Owner Operator** | | | | 0.00 |
| Account No. **x2100**<br><br>**A & R Heavy duty Repair**<br>**960 Sivert Dr.**<br>**Wood Dale, IL 60191** | | - | 03.25.11<br>**Repairs** | | | | 0.00 |
| Account No. **5888**<br><br>**A Auto-Truck Service Inc.**<br>**7930 West palos Ave**<br>**Palos Park, IL 60464** | | - | 08.03.2011<br>**Truck Servicing** | | | | 0.00 |

| | | |
|---|---|---|
| __68__ continuation sheets attached | Subtotal<br>(Total of this page) | **0.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re __Suncica Cekic_____,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8981** <br><br> Abraham Lincoln Memorial Hospital <br> 315 8th St. <br> Lincoln, IL 62656 | - | | 12.12.10 <br> Drug Test | | | | 0.00 |
| Account No. **xx2701** <br><br> ACME <br> 2333 Arthur Av.e <br> Elk Grove Village, IL 60007 | - | | 01/03/2011 <br> Reparis | | | | 0.00 |
| Account No. **xx0842** <br><br> Action of Dothan Truck Center <br> P.O. Box 6747 <br> Dothan, AL 36302 | - | | 06.14.2010 <br> Repairs | | | | 0.00 |
| Account No. **9799** <br><br> Action Tire Co. <br> 410 Lee's Mill Road <br> Forest Park, GA 30297 | - | | 03.14.2011 <br> Repairs | | | | 0.00 |
| Account No. **xxxx** <br><br> Action Trailer LLC <br> 9600 W. 47th Street <br> McCook, IL 60525 | - | | 07.20.2009 <br> Repairs | | | | 0.00 |

Sheet no. __1___ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Suncica Cekic**
_____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **595** <br> Advance Truck Repair Grooup Inc. <br> 530 Santa Rosa Dr. <br> Des Plaines, IL 60018 | - | | 01.14.2012 <br> Repairs | | | | 0.00 |
| Account No. **x2482** <br> Advanced Diesel <br> 965 Mathers Street <br> Melbourne, FL 32935 | - | | 01.07.2011 <br> Servicing | | | | 0.00 |
| Account No. **xxxx** <br> Ahmad Razek <br> 7751 West 87th Place Apt 3W <br> Bridgeview, IL 60455 | - | | Owner Operator | | | | 0.00 |
| Account No. <br> AKE Service, Inc. <br> 11735 S. Central Park Ave <br> Merrionette Park, IL 60803 | - | | | | | | 0.00 |
| Account No. <br> Akram A Razick <br> 11043 S. Mansfield <br> Chicago Ridge, IL 60415 | - | | Owner Operator | | | | 0.00 |

Sheet no. __2__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suncica Cekic**                                              ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x8550** <br><br> **Akransas Valley Diesel** <br> **6002 Hwy 50/287 West** <br> **Lamar, CO 81052** | - | | 09.15.11 <br> **Reparis** | | | | 0.00 |
| Account No. **xx7540** <br><br> **Allens' Inc.** <br> **305 East Main** <br> **Siloam Springs, AR 72761** | - | | 09.08.2011 <br> **Repairs** | | | | 0.00 |
| Account No. <br><br> **Alliance Shippers I** <br> **15515 S 70th Ct.** <br> **Orland Park, IL 60462** | - | | | | | | 0.00 |
| Account No. **x3358** <br><br> **Allied Data Research** <br> **P.O. Box 73** <br> **Roseville, CA 95678** | - | | 04.05.2011 <br> **Driver's Records Research Services** | | | | 0.00 |
| Account No. **xxxx** <br><br> **AmBest ServiceCenter** <br> **5115 Maryland Way** <br> **Suite 300** <br> **Brentwood, TN 37027** | - | | **Repairs** | | | | 0.00 |

Sheet no. __3__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Suncica Cekic**                                                        ,        Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Angelica  & Vadim Stepanov** <br>**277 Indian Pointe Drive** <br>**Maineville, OH 45039** | - | | **Owner Operator** | | | | **0.00** |
| Account No. **xxxx** <br><br>**Anwar Khaled Dihan** <br>**1208 Camelot Ln.** <br>**Lemont, IL 60439** | - | | **09.14.2011** <br>**Truck Driver - contractor** | | | | **0.00** |
| Account No. **101** <br><br>**Arkansas Valley Diesel** <br>**6002 Hwy 50/287 West** <br>**Lamar, CO 81052** | - | | **09.15.2011** <br>**Truck Repair** | | | | **0.00** |
| Account No. **6130** <br><br>**Arrow Truck Sales, Inc.** <br>**245 W. South Frontage Rd.** <br>**Bolingbrook, IL 60440** | - | | **08.09.2010** <br>**Inspection Services** | | | | **0.00** |
| Account No. **650-0** <br><br>**Artisan and Truckers Casualty Compa** <br>**P.O. Box 94739** <br>**Cleveland, OH 44101** | - | | **7.01.2012** <br>**Insurance** | | | | **0.00** |

Sheet no. __**4**___ of __**68**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                                  ,          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xx7950** <br><br> **Associated Fuel Systems Inc.** <br> **P.O. Box 67** <br> **Conley, GA 30288** | - | | | **05.12.2011** <br> **Truck Repairs** | | | | **0.00** |
| Account No. **1754** <br><br> **AT & T** <br> **P.O. Box 5014** <br> **Carol Stream, IL 60197** | - | | | **10.16.2009** <br> **Phone Services** | | | | **1,759.68** |
| Account No. **919** <br><br> **B&B Repairs** <br> **22708 Pemberville Road** <br> **Luckey, OH 43443** | - | | | **02.24.2010** <br> **Repairs** | | | | **0.00** |
| Account No. <br><br> **B.J. Trailer & Truck Repair** <br> **4911 S. Monitor** <br> **P.O. Box 388812** <br> **Chicago, IL 60638** | - | | | | | | | **0.00** |
| Account No. <br><br> **Bayview Funding** <br> **20154 Allentown Drive** <br> **Woodland Hills, CA 91364** | - | | | | | | | **0.00** |

Sheet no. __**5**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **1,759.68**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                                                  ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Berwick Bida Bida Complex Bldg #93 3rd 7 Oak Streets Berwick, PA 18603** | | - | | | | | | 0.00 |
| Account No. **7639** | | | | 01.13 Truck Wash | | | | |
| **Betty Veavers Lukoil 39 Riverside Dr. Fultonville, NY 12072** | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Blue Heron Hills CC One Country Club Lane Macedon, NY 14502** | | - | | | | | | 0.00 |
| Account No. **100** | | | | 8.4.2009 Truck Repairs | | | | |
| **Bluefield Transport 301 Industrial Park Road Bluefield, VA 24605** | | - | | | | | | 0.00 |
| Account No. **xxxxxx8122** | | | | 2009-2012 Repossessed BMW 2012 | | | | |
| **BMW of North America Regional Service Center P.O. Box 3608 Dublin, OH 43016** | | - | | | | | | 0.00 |

Sheet no. __6__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic** _____,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-xxxx-xxx7228**<br><br>**Broadway Premium Funding**<br>**1747-22 Veterans Memorial Hwy**<br>**Islandia, NY 11749** | - | | | **Credit** | | | | 0.00 |
| Account No. **8098**<br><br>**Broome Service Center, Inc.**<br>**463 Old Jackson Hwy**<br>**Jackson, SC 29831** | - | | | **7.8.2010**<br>**Truck servicing and repair** | | | | 0.00 |
| Account No. **xxx1653**<br><br>**Bud's Tire & Wrecker**<br>**P.O. Box 203 Highway 41**<br>**Sycamore, GA 31790** | - | | | **06.07.2011**<br>**Repairs** | | | | 0.00 |
| Account No.<br><br>**Bustos Truck Tire Repair**<br>**4807 S. Kilpatrick**<br>**Chicago, IL 60632** | - | | | **Tire servicing** | | | | 0.00 |
| Account No. **x2549**<br><br>**C Johnson Truck Repair**<br>**100 South Pine**<br>**Janesville, WI 53548** | - | | | **10.20.2010**<br>**Repairs** | | | | 0.00 |

Sheet no. __**7**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Suncica Cekic** _____,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxxxxxxxxx2754** <br><br> **Cap1/bstby** <br> **1405 Foulk Road** <br> **Wilmington, DE 19808** | - | | | | Opened  3/01/05  Last Active  2/06/09 <br> Charge Account | | | | 0.00 |
| Account No. **xxxxxx1661** <br><br> **Cap1/carsn** <br> **Po Box 30253** <br> **Salt Lake City, UT 84130** | - | | | | Opened  1/01/05  Last Active  1/18/12 <br> Charge Account | | | | 0.00 |
| Account No. **xxxxxxxxxxxx4632** <br><br> **Capital 1 Bank** <br> **Attn: Bankruptcy Dept.** <br> **Po Box 30285** <br> **Salt Lake City, UT 84130** | - | | | | Opened  9/01/03  Last Active  9/07/06 <br> Credit Card | | | | 0.00 |
| Account No. **9227** <br><br> **Capitol Freightliner** <br> **P.O. Box 15734** <br> **Baton Rouge, LA 70895** | - | | | | 01.26.2011 <br> Repairs | | | | 0.00 |
| Account No. <br><br> **Centennial Warehouse** <br> **10400 Hickman Road** <br> **Des Moines, IA 50325** | - | | | | | | | | 0.00 |

Sheet no. __**8**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Suncica Cekic** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x2202** <br><br> **Central Ag Wheel & Tire** <br> **4106 Esthner** <br> **Wichita, KS 67209** | - | | **8.18.2011** <br> **Servicing** | | | | **0.00** |
| Account No. <br><br> **Charles Robinson** <br> **5141 Monroe Street** <br> **Matteson, IL 60443** | - | | **Owner Operator** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx8721** <br><br> **Chase** <br> **P.o. Box 15298** <br> **Wilmington, DE 19850** | | | **Opened 9/20/08 Last Active 8/11/13** <br> **Credit Card** | | | | **9,026.00** |
| Account No. **xxxxxxxxxxxx2664** <br><br> **Chase** <br> **P.o. Box 15298** <br> **Wilmington, DE 19850** | - | | **Opened 11/01/07 Last Active 3/29/10** <br> **Credit Card** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx5561** <br><br> **Chase** <br> **P.o. Box 15298** <br> **Wilmington, DE 19850** | - | | **Opened 3/01/05 Last Active 3/09/09** <br> **Credit Card** | | | | **0.00** |

Sheet no. _**9**___ of _**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,026.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                                    , Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxxxx6690**<br><br>**Chase**<br>**P.o. Box 15298**<br>**Wilmington, DE 19850** | - | | | Opened 11/01/12 Last Active 8/04/13<br>Credit Card | | | | 0.00 |
| Account No. **xxxxxxxxx5403**<br><br>**Chase Auto**<br>**Attn:National Bankruptcy Dept**<br>**Po Box 29505**<br>**Phoenix, AZ 85038** | - | | | Opened 9/01/08 Last Active 11/03/10<br>Automobile | | | | 0.00 |
| Account No. **x0670**<br><br>**Chicago Truck**<br>**5300 West Plattner Dr**<br>**Alsip, IL 60803** | | | | 9.16.2011<br>Parts | | | | 0.00 |
| Account No.<br><br>**CollisionCraft**<br>**7530 W. 90th St.**<br>**Bridgeview, IL 60455** | - | | | 11.11.10<br>Towing services | | | | 0.00 |
| Account No. **xxxxxxxxxxxx9635**<br><br>**Comcast**<br>**Attn: Bankruptcy Department**<br>**P.O. Box 3005**<br>**Southeastern, PA 19398** | - | | | 2012<br>Cable Internet | | | | 116.31 |

Sheet no. __**10**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    116.31

B6F (Official Form 6F) (12/07) - Cont.

In re **Suncica Cekic** _____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx** <br><br> **Comdata Corporation** <br> **5301 Maryland Way** <br> **Brentwood, TN 37027** | | - | | **7.9.09** <br> **Data Services** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx2415** <br><br> **Comenity Bank/Ann Taylor** <br> **Attention: Bankruptcy** <br> **Po Box 182686** <br> **Columbus, OH 43218** | | - | | **Opened  1/01/10  Last Active  3/05/10** <br> **Charge Account** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx8820** <br><br> **Comenity Bank/carsons** <br> **3100 Easton Square Pl** <br> **Columbus, OH 43219** | | - | | **Opened  7/01/12  Last Active  4/04/14** <br> **Charge Account** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx0271** <br><br> **Comenity Bank/Value City Furniture** <br> **Attn: Bankruptcy** <br> **Po Box 182686** <br> **Columbus, OH 43218** | | - | | **Opened  7/01/11  Last Active  5/25/12** <br> **Charge Account** | | | | **0.00** |
| Account No. **xxxx** <br><br> **Compass Lease, LLC** <br> **9001 W. 79th Place** <br> **Justice, IL 60458** | | - | | **12.14.2011** <br> **Lease** | | | | **0.00** |

Sheet no. __11__ of __68__ sheets attached to Schedule of    Subtotal
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxx-xxxxxx6340** Concentra Occupational Health Centers SW, P.A P.O. Box 488 Lombard, IL 60148 | - | | | | **2011-2012 Occupational Medical Services** | | | | 0.00 |
| Account No. **x8332** Conway Enterprises Inc. 100 Conway Lane Evergreen, AL 36401 | - | | | | **05.27.2010 Repairs** | | | | 0.00 |
| Account No. **xxxx9434** Credit Management Lp 4200 International Pkwy Carrollton, TX 75007 | | | | | **Opened 4/01/14 Collection Attorney Comcast-Chicago** | | | | 116.00 |
| Account No. **0052** Crowders Fleet Maintenance LLC 4020 Dignan St. Jacksonville, FL 32254 | - | | | | **04.18.2011 Repairs** | | | | 0.00 |
| Account No. **x0722** Cummins Mid-South LLc P.O. Box 842316 Dallas, TX 75284 | - | | | | **06.24.2010 Truck Repair** | | | | 0.00 |

Sheet no. __**12**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

116.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suncica Cekic**                                                        ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-x3338**<br><br>**Cummins Power South**<br>**5125 Georgia Hwy 85**<br>**Atlanta, GA 30349** | - | | **11.05.2011**<br>**Parts** | | | | 0.00 |
| Account No.<br><br>**Daniel A. Holston**<br>**2373 E 70th**<br>**Batavia, IL 60510** | - | | **Owner Operator** | | | | 0.00 |
| Account No. **x1977**<br><br>**Dean's Auto & Diesel Repair**<br>**1608 St. Rt. 127 N**<br>**Scott, OH 45886** | - | | **06.29.2010**<br>**Servicing** | | | | 0.00 |
| Account No.<br><br>**Dhalida M. Ozuna**<br>**P.O. Box 733**<br>**Hinckley, MN 55037** | - | | **Owner Operator** | | | | 0.00 |
| Account No.<br><br>**Dimara Transportation Services**<br>**35 Vaughan Street**<br>**Providence, RI 02904** | - | | **Thank you.** | | | | 0.00 |

Sheet no. __**13**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                          ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx5096<br><br>Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | - | | Opened 7/01/12 Last Active 8/06/13<br>Credit Card | | | | 2,920.00 |
| Account No. 3371<br><br>Don's Tire & Truck Service Inc.<br>P.O. Box 3816<br>Big Spring, TX 79721 | - | | 07.05.11 | | | | 0.00 |
| Account No. 0006<br><br>E & R Trailer Sales Service Inc.<br>20186 Lincoln Hwy<br>Middle Point, OH 45863 | - | | 07.22.2010<br>Repairs | | | | 0.00 |
| Account No.<br><br>E.C. Colley Warehouse Corporation<br>1121 South Claiborne Ave.<br>New Orleans, LA 70125 | - | | | | | | 0.00 |
| Account No.<br><br>Eagle Capital Corporation<br>P.O. Box 4215<br>Tupelo, MS 38803 | - | | Carrier Credit | | | | 0.00 |

Sheet no. __14__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,920.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suncica Cekic**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. <br><br>**ED Schmidt Truck Store LLc** <br>**1270 conant Street** <br>**Maumee, OH 43537** | - | | | | | | | **0.00** |
| Account No. **x8693** <br><br>**Eddie's Repair Shop** <br>**10031 Virginia Av.** <br>**Chicago Ridge, IL 60415** | - | | | **12.27.2011** <br>**Truck Inspection and Servicing** | | | | **0.00** |
| Account No. **xx7696** <br><br>**EIMA Corp** <br>**12553 S. Laramie Ave** <br>**Alsip, IL 60803** | - | | | **01.11.2011** <br>**Repairs** | | | | **0.00** |
| Account No. <br><br>**Eldon M. White** <br>**101 Leigh Lane** <br>**Montz, LA 70068** | - | | | **Owner Operator** | | | | **0.00** |
| Account No. <br><br>**Ethnic Media Corporation** <br>**704 S. Milwakee Ave.** <br>**Wheeling, IL 60090** | - | | | **Advertising** | | | | **0.00** |

Sheet no. __**15**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                          **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Eugenija Barauskas**<br>**11735 S. Central Park Ave**<br>**Merrionette Park, IL 60803** | - | | | | | | **0.00** |
| Account No. **x7669**<br><br>**Excelle Technoligies, Inc.**<br>**Pro Transport**<br>**120 W. Golf Rd., suite 200**<br>**Schaumburg, IL 60195** | - | | 11.01.2011<br>**Maintenance and Support** | | | | **0.00** |
| Account No. **x9559**<br><br>**FallZones Towing Service Inc.**<br>**Wilkes-Barre Terminal**<br>**271 N. Sherman Street**<br>**Wilkes-Barre, PA 18072** | - | | 12-01-2009<br>**Service** | | | | **0.00** |
| Account No. **xxxxx6975**<br><br>**Family Medical Lab, Inc.**<br>**915 E. Garriott Suite E**<br>**Enid, OK 73701** | - | | 20120-2013<br>**Medical Services** | | | | **0.00** |
| Account No.<br><br>**Far Service Group**<br>**12520 Yorkshire Dr.**<br>**Homer Glen, IL 60491** | - | | **Owner Operator** | | | | **0.00** |

Sheet no. __**16**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Suncica Cekic**                                                                    ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Farmers Insurance Group**<br>**11414 S. Harlem**<br>**Worth, IL 60482** | | - | **Insurance Services** | | | | 0.00 |
| Account No. **x-xxx-x6354**<br><br>**FedEx - Customer Relations**<br>**3875 Airways, Module H3**<br>**Department 4634**<br>**Memphis, TN 38116** | | - | **2010-2013**<br>**Shipping & Handling** | | | | 0.00 |
| Account No.<br><br>**FEDEX Truckload Bro**<br>**1475 Boettler R**<br>**Uniontown, OH 44685** | | - | | | | | 0.00 |
| Account No. **7861**<br><br>**Field & Road Service Truck Repair**<br>**P.O. Box 306**<br>**Pawnee, IL 62558** | | - | **08.26.2009**<br>**Truck Servicing** | | | | 0.00 |
| Account No. **xxxxx5631**<br><br>**Fifth Third Bank**<br>**Fifth Third Bank Bankruptcy**<br>**Department,**<br>**1830 East Paris Ave.**<br>**Grand Rapids, MI 49546** | | - | **Opened  1/01/08  Last Active 10/15/08**<br>**Automobile** | | | | 0.00 |

Sheet no. __17__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Suncica Cekic**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx8389 <br><br> **Fifth Third Bank** <br> **Fifth Third Bank Bankruptcy** <br> **Department,** <br> **1830 East Paris Ave.** <br> **Grand Rapids, MI 49546** | - | | Opened 10/01/08  Last Active  4/06/11 <br> Automobile | | | | 0.00 |
| Account No. xxxxxxxxxxxx3590 <br><br> **Fifth Third Bank** <br> **Fifth Third Bank Bankruptcy** <br> **Department,** <br> **1830 East Paris Ave. Se** <br> **Grand Rapids, MI 49546** | - | | Opened 10/01/08  Last Active  9/01/09 <br> Credit Card | | | | 0.00 |
| Account No. <br><br> **Five Star Twoing LLC** <br> **1635 9th Street** <br> **P.O. Box 3240** <br> **Rock Springs, WY 82901** | - | | Towing Service | | | | 0.00 |
| Account No. xx7628 <br><br> **Fleet One** <br> **613 Bakertown Road** <br> **Antioch, TN 37013** | - | | 2009-2013 <br> Fuel Credit Card | | | | 10,000.00 |
| Account No. 4523 <br><br> **FleetCo Inc.** <br> **3003 Brick Church Pike** <br> **Nashville, TN 37207** | - | | 5.4.2011 <br> Truck repairs | | | | Unknown |

Sheet no. __18__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        10,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Suncica Cekic**                                                                     ,          Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x8100** <br><br> **FleetPride** <br> **P.O. Box 847118** <br> **Dallas, TX 75284** | - | | | | | | 0.00 |
| Account No. **1191** <br><br> **Florida Pro Diesel Inc.** <br> **8201 N.W. 93rd Street** <br> **Medley, FL 33166** | - | | **05.29.2010** <br> **Truck Servicing** | | | | 0.00 |
| Account No. **x0440** <br><br> **G & D Trailer Repairs LLC** <br> **1409 Cholla Way** <br> **Las Vegas, NV 89101** | - | | **1.16.2010** <br> **Truck Repairs** | | | | 0.00 |
| Account No. **xxxx** <br><br> **Gabrielli Truck Sales of CT, LLC** <br> **277 New Park Avenue** <br> **Hartford, CT 06106** | - | | **06.10.2009** <br> **Truck Repair** | | | | 0.00 |
| Account No. **xxxxxxxxxxx2328** <br><br> **GECRB/AVB Buying Group** <br> **Attention:  Bankruptcy** <br> **Po Box 103104** <br> **Roswell, GA 30076** | - | | **Opened  4/06/08  Last Active  2/04/11** <br> **Charge Account** | | | | 0.00 |

Sheet no. __**19**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Suncica Cekic**                                              , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5-001**<br><br>**General Electric Company**<br>**333 Hesper Road**<br>**P.O. Box 37504**<br>**Billings, MT 59102** | - | | **12/3/2012**<br>**Volvo Repossession** | | | | 7,323.23 |
| Account No.<br><br>**Genesis Drug Testing**<br>**P.O. Box 452307**<br>**Laredo, TX 78045** | - | | **2009-2013**<br>**Drug Testing** | | | | 0.00 |
| Account No. **x0933**<br><br>**Gerald's Towing & Truck Repair**<br>**1633 St. Mary St.**<br>**P.O. Box 808**<br>**Scott, LA 70583** | - | | **01.22.2011**<br>**Truck Repair** | | | | 0.00 |
| Account No.<br><br>**Gerard T. Jackson**<br>**310 Redwood Drive Box 16**<br>**Coosada, AL 36020** | - | | **Owner Operator** | | | | 0.00 |
| Account No. **xx7631**<br><br>**Getloaded Corp.**<br>**One Park West Circle**<br>**Suite 300**<br>**Midlothian, VA 23114** | - | | **3.11.2012**<br>**Freight-Matching** | | | | 0.00 |

Sheet no. __20__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     7,323.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                                    ,          Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1520**<br><br>**Goodyear Towing & Recovery, Inc.**<br>**407 Mill Avenue**<br>**Enterprise, AL 36331** | - | | **06.13.2010**<br>**Towing Services** | | | | **0.00** |
| Account No. **x6617**<br><br>**GPSNet Technoligies**<br>**3290 Jefferson Boulevard, Suite 202**<br>**Windso, Ontario N8T 2W8 CANADA**<br>**Windsor, ON** | - | | **7.31.2009**<br>**Monthly Subscription** | | | | **0.00** |
| Account No. **6499**<br><br>**Grandview Medical Center**<br>**1000 Highway 28**<br>**Jasper, TN 37347** | - | | **3.3.2011**<br>**Drug Testing** | | | | **0.00** |
| Account No.<br><br>**Great American Assurance Co**<br>**49 East 4th Street DNT-3**<br>**Cincinnati, OH 45202** | - | | | | | | **0.00** |
| Account No. **xx0619**<br><br>**Great American Inc.**<br>**1781 Westfork Drive Suite 104**<br>**Lithia Springs, GA 30122** | - | | **05.12.2011**<br>**Truck Repairs** | | | | **0.00** |

Sheet no. __**21**__ of __**68**__ sheets attached to Schedule of                                    Subtotal                **0.00**
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Suncica Cekic**                                          , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxx9374**<br><br>**Great American Insurance Group**<br>**Specialty Accounting**<br>**P.O. Box 89400**<br>**Cleveland, OH 44101** | - | | | | **2009-2013**<br>**Insurance SErvices** | | | | **Unknown** |
| Account No.<br><br>**Great West Casualty Company**<br>**1100 West 29th Street**<br>**P.O. Box 277**<br>**South Sioux City, NE 68776** | - | | | | **Insurance Co** | | | | **0.00** |
| Account No. **4222**<br><br>**GTO Trucking and Repair Inc.**<br>**1310 South 4th Ave.**<br>**Maywood, IL 60153** | - | | | | **02.22.2010**<br>**Repairs** | | | | **0.00** |
| Account No.<br><br>**Hamder Trucking**<br>**5584 S. Forrester Dr.**<br>**Rochelle, IL 61068** | - | | | | **Owner Operator** | | | | **0.00** |
| Account No.<br><br>**Haywood Medical - DOT**<br>**576 Leroy George Dr. Bldg 1**<br>**Clyde, NC 28721** | - | | | | **07.07.2011**<br>**Drug Screeing** | | | | **0.00** |

Sheet no. __**22**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suncica Cekic**                                        ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3183** <br><br> **Holiday Fleet Services Inc.** <br> **2507 Walnut St. N** <br> **Roseville, MN 55113** | - | | 05.11.10 <br> **Oil changing services** | | | | 0.00 |
| Account No. **1120** <br><br> **Holiday Truck Equipment** <br> **3701 85th Avenue NE** <br> **Shoreview, MN 55126** | - | | **Truck Servicing** | | | | 0.00 |
| Account No. **3390** <br><br> **Hood's Service Center Inc.** <br> **1651 S. Hwy K** <br> **Bois D Arc, MO 65612** | - | | 10.05.2011 <br> **Repairs** | | | | 0.00 |
| Account No. **xx4501** <br><br> **Hoosier Trailer & Truck Equipment** <br> **4830 Todd Drive** <br> **Fort Wayne, IN 46803** | - | | 09.30.2011 <br> **Repairs & Parts** | | | | 0.00 |
| Account No. **9505** <br><br> **Horizon Premium finance** <br> **6000 W. 79th Street** <br> **Burbank, IL 60459** | - | | 05.04.2012 | | | | 0.00 |

Sheet no. __**23**__ of __**68**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                          ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x3746**<br><br>**House of Trucks<br>7910 Joliet Road<br>Willowbrook, IL 60527** | - | | **01.14.2011<br>Truck Dealer** | | | | 0.00 |
| Account No.<br><br>**HR Studio, Inc.<br>7158 West Grand Ave.<br>Elmwood Park, IL 60707** | - | | | | | | 0.00 |
| Account No. **6969**<br><br>**I-20 Truck Shop<br>P.O. Box 29<br>Bowdon Junction, GA 30109** | - | | **11.08.2010<br>Truck Repair** | | | | 0.00 |
| Account No. **xxxxx4408**<br><br>**Ice Mountain Direct<br># 215<br>6661 Dixie Hwy, Suite 4<br>Louisville, KY 40258** | - | | **2009-2013<br>Water** | | | | 0.00 |
| Account No.<br><br>**Il G Truck Repair<br>1850 High Prairie Rd. Suite 410<br>Grand Prairie, TX 75050** | - | | **Truck Repair** | | | | 0.00 |

Sheet no. __24__ of __68__ sheets attached to Schedule of       Subtotal       0.00
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suncica Cekic**                                                                  ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | **2009-2013** **Licensing Services** | | | | |
| **Illinois License Services Inc.** **800 Ravinia Place** **Orland Park, IL 60462** | - | | | | | | | | **0.00** |
| Account No. | | | | | | | | | |
| **ImmediCenter** **500 Union Voulevard** **Totowa, NJ 07512** | - | | | | | | | | **0.00** |
| Account No.  **x2416** | | | | | **2011-2013** **Carbo Liability Insurance** | | | | |
| **Insurance Administrator, Inc.** **309 Stuart Place Road** **Harlingen, TX 78552** | - | | | | | | | | **0.00** |
| Account No.  **xxxx** | | | | | **09.28.2011** **Insurance Services** | | | | |
| **Insurance Finance Corporation** **P.O. Box 315** **Des Moines, IA 50306** | - | | | | | | | | **0.00** |
| Account No.  **xxxxxxxVPCT** | | | | | **2009-2013** | | | | |
| **Internet Truckstop** **P.O. Box 99** **New Plymouth, ID 83655** | - | | | | | | | | **0.00** |

Sheet no. __**25**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Suncica Cekic** _____,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4509**<br><br>**J & J Truck Mobile Repair**<br>**P.O. Box 1834**<br>**Huntington, WV 25719** | - | | **11.02.2011**<br>**Truck and Trailer Repair** | | | | 0.00 |
| Account No.<br><br>**Jaroslaw Zalewski**<br>**8104 S. Neenah**<br>**Burbank, IL 60459** | - | | **Owner Operator** | | | | 0.00 |
| Account No.<br><br>**JC Truck Repairs**<br>**15545 S. Weber Road**<br>**Lockport, IL 60441** | - | | **07.01.2011**<br>**Truck Repair** | | | | 0.00 |
| Account No.<br><br>**JD Factors, LLC**<br>**P.O. Box 687**<br>**Wheaton, IL 60189** | - | | | | | | 0.00 |
| Account No.<br><br>**JMS Trucking**<br>**905 Wendy Ln.**<br>**Carthage, MO 64836** | - | | **Owner Operator** | | | | 0.00 |

Sheet no. __26__ of __68__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                                    ,    Case No. _____
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Joelis Alfaro** <br> **3510 SW 3st** <br> **Miami, FL 33135** | - | | **Owner Operator** | | | | **0.00** |
| Account No. **xxxx** <br><br> **John's Auto Glass** <br> **4259 N. Milwaukee Ave.** <br> **Chicago, IL 60641** | - | | **10.08.2010** <br> **Repairs** | | | | **0.00** |
| Account No. <br><br> **Jose V. Rios** <br> **856 Emilio Pl** <br> **Canutillo, TX 79835** | - | | **Owner Operator** | | | | **0.00** |
| Account No. <br><br> **JPG Trans Company Inc.** <br> **5431 Goodwick Way apt B** <br> **Norcross, GA 30071** | - | | **Owner Operator** | | | | **0.00** |
| Account No. **0090** <br><br> **JX peterbilt - Bolingbrook** <br> **535 East South Frontage Rd** <br> **Bolingbrook, IL 60440** | - | | **09.07.2011** <br> **Repairs** | | | | **0.00** |

Sheet no. __**27**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Suncica Cekic** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx**<br><br>**K & K Auto Truck Stop**<br>**P.O. Box 4**<br>**Mounds, IL 62964** | - | | | | 09.29.2011<br>Repairs | | | | 0.00 |
| Account No.<br><br>**Katie Embry**<br>**1211 E. Wilson**<br>**Batavia, IL 60510** | - | | | | Owner Operator | | | | 0.00 |
| Account No.<br><br>**Kazimieras Janavicius**<br>**11735 S. Central Park Ave**<br>**Merrionette Park, IL 60803** | - | | | | Owner Operator | | | | 0.00 |
| Account No. **4301**<br><br>**KBM Equipment Repair Inc.**<br>**7715 W. 88th Street**<br>**Bridgeview, IL 60455** | - | | | | 2009-2013<br>Equipment Repair & Storage | | | | Unknown |
| Account No. **4731**<br><br>**Kentucky Tire Exchange**<br>**331 Kentucky St.**<br>**P.O. Box 616**<br>**Bowling Green, KY 42102** | - | | | | 9.7.11<br>Truck Service | | | | 0.00 |

Sheet no. __28__ of __68__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Suncica Cekic**                                              , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H/W | J | C | | | | | |
| Account No. | | | | | Owner Operator | | | | |
| Kukobat Rade 2100 44th St. Highland, IN 46322 | | - | | | | | | | 0.00 |
| Account No. | | | | | Owner Operator | | | | |
| Kurt Roger Gonzales 12000 NW 13th St. Pembroke Pines, FL 33026 | | - | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Landair Trans Inc. P.O. Box 938 Greeneville, TN 37744 | | - | | | | | | | 0.00 |
| Account No. **xxxx** | | | | | | | | | |
| Landis Express Inc. P.O. Box 14807 2600 Beltline Ave. Reading, PA 19612 | | - | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Landstar System Inc. P.O. Box 19137 Jacksonville, FL 32245 | | - | | | | | | | 0.00 |

Sheet no. __29__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Suncica Cekic**_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | Owner Operator | | | | |
| LEC Trucking Inc 5141 Monroe Street Matteson, IL 60443 | | | | | | | | | 0.00 |
| Account No. **0000** | | - | | | Pre-Employment drug Test | | | | |
| Lexis Nexis Medical Review Services 480 Quadrangle Drive Suite D Bolingbrook, IL 60440 | | | | | | | | | 0.00 |
| Account No. **xx-xxx3867** | | - | | | **2009-2013 Occupational Medical Services** | | | | |
| Little Company of Mary Affiliated Services In. 5660 West 95th Street, Suite 1 Oak Lawn, IL 60453 | | | | | | | | | 0.00 |
| Account No. | | - | | | | | | | |
| LKC Logistics 118 Deertrail E Sebring, FL 33876 | | | | | | | | | 0.00 |
| Account No. **x6212** | | - | | | **10.07.10 Tire Servicing** | | | | |
| Love's Tier Care #266 3201 12th NW P.O. Box 2236 Ardmore, OK 73401 | | | | | | | | | 0.00 |

Sheet no. __**30**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                              ,     Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5146**<br><br>**Love's Tire Care #306**<br>**1058 Deep Springs Rd.**<br>**Dandridge, TN 37725** | - | | **12.16.11**<br>**Tire repair** | | | | 0.00 |
| Account No. **093**<br><br>**Loves Tire Care #204**<br>**1601 Brikes road**<br>**Eufaula, OK 74432** | - | | **10.06.2011**<br>**Repairs** | | | | 0.00 |
| Account No. **1693**<br><br>**Loves Tire Care #370**<br>**2586 N. Main Street**<br>**Hubbard, OH 44425** | - | | **09.06.2011**<br>**Tire Service** | | | | 0.00 |
| Account No. **xxx1424**<br><br>**Luis Alberto Leiva Quintana**<br>**38034 Beryl Court**<br>**Palmdale, CA 93552** | - | | **9.21.2011**<br>**Services** | | | X | Unknown |
| Account No.<br><br>**Luis Vladimir Lamboy**<br>**1009 South 49th Street**<br>**Tampa, FL 33619** | - | | **Owner Operator** | | | | 0.00 |

Sheet no. __31__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suncica Cekic**                                                      ,          Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1191** <br><br>**M and A Truck and Trailer** <br>**7006 W 96th St.** <br>**Oak Lawn, IL 60453** | - | | **11.17.2011** <br>**Repairs** | | | | 0.00 |
| Account No. **x2995** <br><br>**M&M Air Cargo & Delivery Service** <br>**P.O. Box 3010** <br>**Laredo, TX 78044** | - | | **07.26.2010** <br>**Storage and Delivery Charges** | | | | 0.00 |
| Account No. <br><br>**Marius Mazuna** <br>**8914 W 147th St.** <br>**Orland Park, IL 60462** | - | | **Onwer Operator** | | | | 0.00 |
| Account No. **9998** <br><br>**Mark Signs Inc.** <br>**211 Beeline Drive Unit 9** <br>**Bensenville, IL 60106** | - | | **11.08.10** <br>**Sign Printing** | | | | 0.00 |
| Account No. <br><br>**MasterFleet LLC** <br>**P.O. Box 11906** <br>**Green Bay, WI 54307** | - | | **Truck Maintenance** | | | | 0.00 |

Sheet no. __**32**__ of __**68**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Suncica Cekic**                                              , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Mazin Zahra** <br> **5694 S Archer Ave** <br> **Chicago, IL 60638** | | - | | **Owner Operator** | | | | **0.00** |
| Account No. **5360** <br><br> **MDA Express Inc.** <br> **7801 W. 112th Pl** <br> **Palos Hills, IL 60465** | | - | | **02.22.2011** <br> **Repairs** | | | | **0.00** |
| Account No. <br><br> **Mechanix on Wheels** <br> **33303 Rollingwood Dr.** <br> **Pinehurst, TX 77362** | | - | | **2011** <br> **Repairs** | | | | **0.00** |
| Account No. **9057** <br><br> **Med-Stop Inc.** <br> **2781 Marden Court** <br> **Northbrook, IL 60062** | | - | | **2011** <br> **Occupational Medical Services** | | | | **0.00** |
| Account No. **xx0894** <br><br> **MedTox Laboratories Inc.** <br> **402 West County Road D.** <br> **Saint Paul, MN 55112** | | - | | **07.05.2009** <br> **Drug Testing Services** | | | | **0.00** |

Sheet no. __**33**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                    , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **6199** <br><br> **Medwest Haywood Carolinas Health Care P.O. Box 369 Clyde, NC 28721** | - | | | **07.13.2011 Drug Screening** | | | | 0.00 |
| Account No. <br><br> **Melon One Inc 26 Brooklyn Terminal Market Brooklyn, NY 11236** | - | | | | | | | 0.00 |
| Account No. **7808** <br><br> **MHC Kenworth - Knoxville 1400 Ault Road P.O. Box 6599 Knoxville, TN 37914** | - | | | **01.12.2010 Repairs** | | | | 0.00 |
| Account No. <br><br> **MHC Kenworth South Dallas 34661 LBJ Freeway Dallas, TX 75241** | - | | | | | | | 0.00 |
| Account No. <br><br> **Michael Hill 7046 S. Racine 2nd Floor Chicago, IL 60636** | - | | | **Owner Operator** | | | | 0.00 |

Sheet no. __**34**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Suncica Cekic**                                                    ,      Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2490** <br><br> **Michigan Truck & Equipment Sales, I** <br> **4525 Clyde Park SW** <br> **Wyoming, MI 49509** | - | | **03/16/2010** <br> **Parts & Repairs** | | | | **0.00** |
| Account No. **6759** <br><br> **Midway Truck Parts** <br> **7400 W. 87th Street** <br> **Bridgeview, IL 60455** | - | | **04.23.2011** <br> **Parts** | | | | **0.00** |
| Account No. **xxxxx8218** <br><br> **Midwest Trailer Repair, Inc.** <br> **1900 W. 43rd St.** <br> **Chicago, IL 60609** | - | | **2009-2013** <br> **Lease of Parts and trailers** | | | | **Unknown** |
| Account No. <br><br> **Mieczyslaw Gancarz** <br> **8633 W 73rd Place** <br> **Justice, IL 60458** | - | | **Owner Operator** | | | | **0.00** |
| Account No. <br><br> **Miroslaw Sojda** <br> **20 Ascot Ln.** <br> **Streamwood, IL 60107** | - | | **Owner Operator** | | | | **0.00** |

Sheet no. __**35**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suncica Cekic**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx5498**<br><br>**Mmca/c1**<br>**Po Box 991817**<br>**Mobile, AL 36691** | - | | **Opened  8/01/10  Last Active 10/05/12**<br>**Automobile** | | | | **0.00** |
| Account No. **xxxx**<br><br>**Mohamed Sghaier Gorchene**<br>**8100 W 107th St.**<br>**Palos Hills, IL 60465** | - | | **Owner Operator** | | | | **0.00** |
| Account No. **xxxx**<br><br>**Mountain West Truck Center**<br>**1475 W. 2100 S.**<br>**Salt Lake City, UT 84119** | - | | **12.08.2009**<br>**Truck Repair** | | | | **0.00** |
| Account No. **xxxxx**<br><br>**Multi Service**<br>**8650 College Boulevard**<br>**Overland Park, KS 66210** | - | | **11.30.2010**<br>**Fuel Card** | | | | **0.00** |
| Account No.<br><br>**Mustafa Dzafic**<br>**3228 E. 31st Ave**<br>**Spokane, WA 99223** | - | | **Owner Operator** | | | | **0.00** |

Sheet no. __**36**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                    , Case No. _____
                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1/865** <br><br> **Naeem Chaudari** <br> **c/o Meggesto Crossett & Velerino** <br> **313 E. Willow Street Suite 201** <br> **Syracuse, NY 13203** | - | | **09.09.2011** | | | X | **0.00** |
| Account No. <br><br> **National 1 Logistics** <br> **10335 S. Austin Ave** <br> **Oak Lawn, IL 60453** | - | | **Owner Operator** | | | | **0.00** |
| Account No. **6069** <br><br> **National City Bank** <br> **P.O. Box 30308** <br> **Kalamazoo, MI 49003** | | | **04.26.201** <br> **Overdrawn Charges and Fees** | | | | **Unknown** |
| Account No. **xxxx** <br><br> **National Semi-Trailer Corp.** <br> **1001 Independence Drive** <br> **Romeoville, IL 60446** | - | | **12.10.2010** <br> **Rental, leasing** | | | | **0.00** |
| Account No. <br><br> **National Semi-Trailer Corporation** <br> **1001 Independence Drive** <br> **Romeoville, IL 60446** | - | | | | | | **0.00** |

Sheet no. __**37**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suncica Cekic**                                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx**<br><br>**National Toxicology Specialists, In**<br>**1425 Elm Hill Pike**<br>**Nashville, TN 37210** | - | | **10.20.2009**<br>**Drug Screen Services** | | | | **0.00** |
| Account No.<br><br>**Nenad Milovanovic**<br>**5111 W. Montrose Ave.**<br>**Chicago, IL 60641** | - | | **Owner Operator** | | | | **0.00** |
| Account No.<br><br>**NetCorp Equipment C**<br>**2600 S 25th Ave.**<br>**Broadview, IL 60155** | - | | **Equipment Lease** | | | | **0.00** |
| Account No.<br><br>**NetCorp Trailers, Inc.**<br>**P.O. Box 6340**<br>**Broadview, IL 60155** | - | | **2009-2013**<br>**Trailer Lease** | | | | **2,575.00** |
| Account No. **x3415**<br><br>**NIC technologies (DOT)**<br>**P.O. Box 219907**<br>**Kansas City, MO 64121-9907** | - | | **2009-2013**<br>**Driver Record Search** | | | | **0.00** |

Sheet no. __**38**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,575.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                          ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **NY International REgistration Unit IRP Unit P.O. Box 2850 - ESP Albany, NY 12220** | - | | | 01.27.2011 | | | | 0.00 |
| Account No. **3867** <br><br> **Occupational Health Magement System 5660 W 95th Street Suite 1 Oak Lawn, IL 60453** | - | | | 11.01.10 <br> Drug Screening | | | | 0.00 |
| Account No. <br><br> **OCF 2108 Canton Way SW Olympia, WA 98502** | - | | | | | | | 0.00 |
| Account No. <br><br> **Omar Villalobos 309 Southview Drive Rochelle, IL 61068** | - | | | Owner Operator | | | | 0.00 |
| Account No. <br><br> **Orange Commercial Credit 1990 S. Santa Cruz Anaheim, CA 92805** | - | | | | | | | 0.00 |

Sheet no. __39__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Suncica Cekic**                                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. **xxxxx**  <br><br>**Outsource Fleet Services, Inc.**<br>**6363 West73rd St.**<br>**Bedford Park, IL 60638** | | - | | | 01/06.2012 | | | | 0.00 |
| Account No.  <br><br>**PAL Trailer Leasing**<br>**571 S. Jolliet Rd.**<br>**Bolingbrook, IL 60440** | | - | | | Trailer Lease | | | | 0.00 |
| Account No. **xxxx9591**  <br><br>**Penske Truck Leasing**<br>**Route 10 Green Hills**<br>**P.O. Box 391**<br>**Reading, PA 19603** | | - | | | 04.07.2011<br>Truck Lease | | | | 0.00 |
| Account No. **xxxxxxxxxxxx7228**  <br><br>**Peoples Insurance Agency**<br>**1700 8th Street**<br>**P.O. Box 119**<br>**Waverly, IA 50677** | | - | | | 2012<br>Insurance Services | | | | 200.00 |
| Account No.  <br><br>**Performance Truck**<br>**100 Pit Stop Trace**<br>**Buda, TX 78610** | | - | | | 06.05.2009<br>Truck Inspection | | | | 0.00 |

Sheet no. __**40**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

200.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Suncica Cekic**                                          , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **YCASHP** <br><br> Peterbilt of Wyoming <br> 4113 W. Yellowstone Hwy <br> Casper, WY 82604 | - | | | | 09/16/2011 <br> Parts | | | | 0.00 |
| Account No. **xx0500** <br><br> Petro Lube <br> 4700 S. Lincoln Ave. <br> York, NE 68467 | - | | | | 09.19.11 <br> Repairs | | | | 0.00 |
| Account No. **5194** <br><br> Petro Lube # 370 <br> 301 SW First Street <br> Oak Grove, MO 64075 | - | | | | 06.20.2010 <br> Parts | | | | 0.00 |
| Account No. **x9780** <br><br> Petro Lube #313 <br> I-40 Exit 79 At Horizon Blvd <br> Milan, NM 78219 | - | | | | 02.01.2011 <br> Tire Servicing | | | | 0.00 |
| Account No. **5247** <br><br> Petro Lube #315 <br> I-40 and Blake Ranch Rd. <br> Kingman, AZ 86401 | - | | | | 03.24.2010 <br> Repairs | | | | 0.00 |

Sheet no. __41__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                               0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Suncica Cekic__ , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **x4349** <br><br> **Petro Lube #353** <br> **North 5800 Kinney Road** <br> **Portage, WI 53901** | | - | | | **09.06.2010** <br> **Truck Servicing** | | | | 0.00 |
| Account No. **x9727** <br><br> **Petro Lube #368** <br> **923 South Sylvania Ave** <br> **Sturtevant, WI 53177** | | - | | | **06.15.2011** <br> **Servicing** | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-3853** <br><br> **PNC Bank** <br> **P.O. Box 856177** <br> **Louisville, KY 40285** | | - | | | **2009-2013** <br> **Revolving Credit** | | | | 3,000.00 |
| Account No. **xx5483** <br><br> **Pol-Tex International** <br> **13830 Hatcherville Road** <br> **Mont Belvieu, TX 77580** | | - | | | **11.25.2011** | | | | 0.00 |
| Account No. **xxx1143** <br><br> **Pomp's Tire Service Inc.** <br> **P.O. Box 1630** <br> **Green Bay, WI 54305** | | - | | | **08.27.2010** <br> **Repairs** | | | | 0.00 |

Sheet no. __42__ of __68__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **3,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suncica Cekic**                                              ,        Case No. _____
_____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **7451** <br><br> **Power Lube LLC** <br> **1461 Busse Rd.** <br> **Elk Grove Village, IL 60007** | | - | | | **01/03/2011** <br> **Repairs** | | | | 0.00 |
| Account No. **xxxx** <br><br> **Powers & Stinson** <br> **384 E. Goodman Road** <br> **Suite 242** <br> **Southaven, MS 38671** | | - | | | **7.4.2011** | | | | 0.00 |
| Account No. <br><br> **Powwrotrans Corp** <br> **Pawel Jan Wrobel** <br> **8214 Daniel Dr.** <br> **Justice, IL 60458** | | - | | | **Onwer Operator** | | | | 0.00 |
| Account No. **5337** <br><br> **Private Pay Drug Test** <br> **4201 Pottsville Pike** <br> **Reading, PA 19605** | | - | | | **5.26.2011** <br> **escreen drug test** | | | | 0.00 |
| Account No. **xx0510** <br><br> **Pro Med South** <br> **3801 S. Lamar Blvd** <br> **Austin, TX 78704** | | - | | | **7.13.09** <br> **Drug Screen** | | | | 0.00 |

Sheet no. __**43**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                              ,          Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **x4582** <br><br> **Pro-Master Truck Repair Inc.** <br> **4549 W. 137th St.** <br> **Midlothian, IL 60445** | | - | | | **01.31.2011** <br> **Repairs** | | | | **0.00** |
| Account No. **xxxx650-0** <br><br> **Progressive Insurance** <br> **6300 Wilson Mills Road** <br> **Cleveland, OH 44143** | | - | | | **2009-2013** <br> **Insurance Services** | | | | **Unknown** |
| Account No. **9292** <br><br> **Quality Truck Care Center Inc.** <br> **P.O. Box 3337** <br> **Oshkosh, WI 54903** | | - | | | **26.02.2010** <br> **Truck Repairs** | | | | **0.00** |
| Account No. **9030** <br><br> **Quest Diagnostics Inc** <br> **One Malcolm Avenue** <br> **Teterboro, NJ 07608** | | - | | | **10.07.2009** <br> **Drug Testing** | | | | **0.00** |
| Account No. **xxxx7639** <br><br> **Quill.com** <br> **P.O. Box 37600** <br> **Philadelphia, PA 19101** | | - | | | **2011-2013** <br> **Office Supplies** | | | | **300.00** |

Sheet no. __**44**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **300.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                                                    ,    Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5855** | | | - | 9.7.11 Inspection, Repairs | | | | |
| RaDa Truck Service Inc. P.O. Box 266 Hubbard, OH 44425 | | | | | | | | 0.00 |
| Account No. | | | - | Owner Operator | | | | |
| Rafal Kaczmarczyk dba Raka's Trucking Corporation 8633 W. 73rd Pl. Justice, IL 60458 | | | | | | | | 0.00 |
| Account No. **3278** | | | - | 06.18.2010 | | | | |
| Rapid Recovery Solutions 25 Orville Drive suite 101 Bohemia, NY 11716 | | | | | | | | 0.00 |
| Account No. **xxxx5891** | | | - | 2012-2013 DigitalLine | | | | |
| RingCentral, Inc. 999 Baker Way 5th Floor San Mateo, CA 94404 | | | | | | | | 273.62 |
| Account No. **xxxx** | | | - | 2010 services | | | | |
| Riviera Finance Central Processing 17 W. 415 Roosevelt Road Oakbrook Terrace, IL 60181 | | | | | | | | 0.00 |

Sheet no. __45__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

273.62

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                              , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2543**<br><br>**Road Equipment Parts Center**<br>**3275 Dodd Rd**<br>**Saint Paul, MN 55121** | - | | **11.11.10**<br>**Trailer Inspection and Truck REpair** | | | | **0.00** |
| Account No. **xxx8648**<br><br>**Rochelle Community Hospital**<br>**900 N. Second Street**<br>**Rochelle, IL 61068** | - | | **2011**<br>**Medical Services** | | | | **0.00** |
| Account No. **9623**<br><br>**Rogers On Road**<br>**126 Elmo Ave.**<br>**South Beloit, IL 61080** | - | | **06.10.2010**<br>**Truck Repairs** | | | | **0.00** |
| Account No.<br><br>**Rosario Arevalo**<br>**128 Cargill St apt 10**<br>**El Paso, TX 79905** | - | | **Owner Operator** | | | | **0.00** |
| Account No. **x2280**<br><br>**Route 83 Truck Wash**<br>**1461 Busse Rd.**<br>**Elk Grove Village, IL 60007** | - | | **11/08/2010**<br>**Truck wash** | | | | **0.00** |

Sheet no. __**46**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Suncica Cekic**
_____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**RTS Financial** <br>**8601 Monrovia** <br>**Lenexa, KS 66215** | - | | | | | | **0.00** |
| Account No. **xx2023** <br><br>**Rush Truck Center** <br>**5165 Vasquez Blvd** <br>**Denver, CO 80216** | - | | 08.29.2011 <br>Repairs | | | | **0.00** |
| Account No. **6105** <br><br>**Safety Support Services, Inc.** <br>**6757 W. 111th Street** <br>**Worth, IL 60482** | | | 7.28.2009 <br>Application Fees and Permit Processing | | | | **Unknown** |
| Account No. <br><br>**Safeway** <br>**16900 W. Schulte Road** <br>**Tracy, CA 95377** | - | | | | | | **0.00** |
| Account No. <br><br>**Safeway Stores** <br>**P.O. Box 29093** <br>**Phoenix, AZ 85038** | - | | | | | | **0.00** |

Sheet no. __**47**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                      , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Owner Operator | | | | |
| Saga Trucking Inc. 1949 Hancock Dr. Hoffman Estates, IL 60169 | - | | | | | | | 0.00 |
| Account No. **xxxx** | | | | Owner Operator | | | | |
| Samir R Khamis Hishmeh 6721 W. 91st Pl Oak Lawn, IL 60453 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Sandell Transport 3223 Fort Haunte Schenectady, NY 12303 | - | | | | | | | 0.00 |
| Account No. **xx1126** | | | | 08.26.2011 Recycling Service | | | | |
| Sanford Recycling & Transfer, Inc. 555 N. White Cedar Road Sanford, FL 32771 | - | | | | | | | 0.00 |
| Account No. | | | | Owner Operator | | | | |
| Scott Oakley 1704 Zuma Drive #411 Arlington, TX 76006 | - | | | | | | | 0.00 |

Sheet no. __**48**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **8738** | | | - | | **2012-2013 Trailer Leasing** | | | | |
| **Semi-Solutions, Inc. P.O. Box 328 Lemont, IL 60439** | | | | | | | | | 0.00 |
| Account No. | | | - | | | | | | |
| **Seneca One Stop 745 Broad Street Salamanca, NY 14779** | | | | | | | | | 0.00 |
| Account No. | | | - | | | | | | |
| **Sierra Pacific Distribution 4300 Finch Road Modesto, CA 95357** | | | | | | | | | 0.00 |
| Account No. | | | - | | **01.26.2011 Repairs** | | | | |
| **Silver's Diesel and Auto Tire Repai 10000 Hwy 59 S Shepherd Shepherd, TX 77371** | | | | | | | | | 0.00 |
| Account No. **xxxx9463** | | | - | | **2011-2013** | | | | |
| **Softec International Inc. 50 NE 9TH STREET Miami, FL 33132** | | | | | | | | | 0.00 |

Sheet no. __**49**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                        ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4689** <br><br> **Speedco #302** <br> **1704 West Evergreen** <br> **Effingham, IL 62401** | - | | **01.18.2011** <br> **Truck Servicing** | | | | 0.00 |
| Account No. **7303** <br><br> **Speedco #303** <br> **5191 Harding Lane** <br> **Indianapolis, IN 46217** | - | | **01.15.2011** <br> **Truck Servicing** | | | | 0.00 |
| Account No. **5158** <br><br> **Speedco #307** <br> **5225 West 26th Street** <br> **Gary, IN 46406** | - | | **09.21.2011** <br> **Repairs** | | | | 0.00 |
| Account No. **3695** <br><br> **Speedco #309** <br> **2205 SW Railroad Avenue** <br> **Hammond, LA 70403** | - | | **06.25.11** <br> **Repairs** | | | | 0.00 |
| Account No. **4197** <br><br> **Speedco #315** <br> **55 Manning Drive** <br> **Girard, OH 44420** | - | | **07.18.2011** <br> **Repairs** | | | | 0.00 |

Sheet no. __**50**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Suncica Cekic**                                                              ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9229**<br><br>**Speedco #316**<br>**1317 Horizon Blvd**<br>**El Paso, TX 79928** | - | | 08.29.11<br>Repairs | | | | 0.00 |
| Account No. **3876**<br><br>**Speedco #326**<br>**1103 Walrker Street**<br>**Walcott, IA 52773** | - | | 06.14.2011<br>Repairs | | | | 0.00 |
| Account No. **5490**<br><br>**Speedco #332**<br>**1102 Logistic Drive**<br>**Laredo, TX 78045** | - | | 09.24.2010<br>Repairs | | | | 0.00 |
| Account No. **9623**<br><br>**Speedco #340**<br>**4804 N 350 E**<br>**Whiteland, IN 46184** | - | | 08.18.11<br>Repairs | | | | 0.00 |
| Account No. **9112**<br><br>**Speedco #341**<br>**301 SE 4th Street**<br>**Oak Grove, MO 64075** | - | | 02.17.2011<br>Repairs | | | | 0.00 |

Sheet no. __51__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suncica Cekic**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **9243** | | | | | 04.27.2011 Repairs | | | | |
| Speedco 323 5815 E. 30th St. Joplin, MO 64804 | - | | | | | | | | 0.00 |
| Account No. **4546** | | | | | 04.11.2011 Repairs | | | | |
| St. Lucie Battery & Tire 5500 Orange Ave. Fort Pierce, FL 34947 | - | | | | | | | | 0.00 |
| Account No. | | | | | Owner Operator | | | | |
| Star Express Inc. 20 W. 527 Westminster Dr. Downers Grove, IL 60516 | - | | | | | | | | 0.00 |
| Account No. | | | | | Truck Servicing | | | | |
| State Line Emergency Truck Service 2390 Hwy. 109 South Vinton, LA 70668 | - | | | | | | | | 0.00 |
| Account No. **9623** | | | | | 06.21.2011 Parts & Repairs | | | | |
| Steves Mobile Maintenance 617 Arbourdale Pkwy Kansas City, KS 66105 | - | | | | | | | | 0.00 |

Sheet no. __**52**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Suncica Cekic_____,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sunco Carriers Inc.**<br>**P.O. Box 95008**<br>**Lakeland, FL 33805** | - | | | | | | 0.00 |
| Account No. **2210**<br><br>**Sunteck Transport Co., Inc.**<br>**6413 Congress Ave., Suite 260**<br>**Boca Raton, FL 33487** | - | | **12.28.2011**<br>**Load Broker** | | | | 0.00 |
| Account No.<br><br>**Sutton Automotive Service**<br>**1727 South Main St**<br>**Waynesville, NC 28786** | - | | **Truck Servicing** | | | | 0.00 |
| Account No. **x1913**<br><br>**Sylectus**<br>**3290 Jefferson Boulevard, Suite 202**<br>**Windsor, Ontario CA N8T 2W8** | - | | **2011** | | | | 0.00 |
| Account No.<br><br>**Systems Transportation Equipment**<br>**2700 Madison**<br>**Bellwood, IL 60104** | - | | | | | | 0.00 |

Sheet no. __**53**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Suncica Cekic**                                                    ,            Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**T&A Graphics Inc.**<br>**16W471 79th Street**<br>**Unit 107**<br>**Willowbrook, IL 60527** | - | | | | | | 0.00 |
| Account No. **5416** <br><br>**TA #010**<br>**2510 Burr Street**<br>**Gary, IN 46406** | - | | 01.24.2011<br>Reparis | | | | 0.00 |
| Account No. **0150** <br><br>**TA #035**<br>**1702 W. Evergreen Ave**<br>**Effingham, IL 62401** | - | | 01.19.2011<br>Service and Repair | | | | 0.00 |
| Account No. **xx5467** <br><br>**TA #043**<br>**4510 Broadway**<br>**Mount Vernon, IL 62864** | - | | Tire Purchase | | | | 0.00 |
| Account No. **0346** <br><br>**TA #048**<br>**P.O. Box 427**<br>**Bloomsbury, NJ 08804** | - | | 12.27.2010<br>Repairs | | | | 0.00 |

Sheet no. __**54**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **0.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Suncica Cekic** _____,   Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx3358**<br><br>**TA #134**<br>**2850 Main St. East**<br>**Albert Lea, MN 56007** | | - | | **06.26.2010**<br>**Tire Service** | | | | 0.00 |
| Account No. **5317**<br><br>**TA #143**<br>**1025 Peppers Ferry Rd**<br>**Wytheville, VA 24382** | | - | | **12.16.2010**<br>**Repairs** | | | | 0.00 |
| Account No. **3790**<br><br>**TA #148**<br>**5101 Quebec St**<br>**Commerce City, CO 80022** | | - | | **08.30.2011**<br>**Service** | | | | 0.00 |
| Account No. **6983**<br><br>**TA #150**<br>**7751 Bonnie View Road**<br>**Dallas, TX 75241** | | - | | **12.25.2010**<br>**Truck Service** | | | | 0.00 |
| Account No. **1483**<br><br>**TA #209**<br>**40 Riverside Drive**<br>**Fultonville, NY 12072** | | - | | **12.19.2011**<br>**Service** | | | | 0.00 |

Sheet no. __55__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suncica Cekic**                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6286**<br><br>**TA 828154**<br>**I 84 Rt 322 Exit 28**<br>**Milldale, CT 06467** | - | | 09.18.2010<br>Fuel | | | | 0.00 |
| Account No. **2318**<br><br>**TC of A**<br>**5101 Quebec St**<br>**Commerce City, CO 80022** | - | | 08.30.2011<br>Repairs | | | | 0.00 |
| Account No. **xxxx8619**<br><br>**TC of America**<br>**P.O. Box 230**<br>**601 Brakke Drive**<br>**Hudson, WI 54016** | - | | 10.07.2010<br>Repairs | | | | 0.00 |
| Account No. **8612**<br><br>**Texas MedClinic**<br>**6570 Ingram Road**<br>**San Antonio, TX 78238** | - | | 7.15.2009<br>Drug Testing Services | | | | 0.00 |
| Account No. **xxxx**<br><br>**TGH Trucking Inc.**<br>**P.O. Box 2126**<br>**Bridgeview, IL 60455** | - | | Owner Operator | | | | 0.00 |

Sheet no. __**56**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suncica Cekic**                                                     ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Thomas Truck Repair & Tire Service** <br>**27809 S. 7hwy** <br>**Harrisonville, MO 64701** | - | | | | | | 0.00 |
| Account No. **x1044** <br><br>**Tire Super Center** <br>**6855 Philips Hwy** <br>**Jacksonville, FL 32216** | - | | 01.24.2011 <br>Tire Repair | | | | 0.00 |
| Account No. **2011** <br><br>**TQL** <br>**P.O. Box 799** <br>**Cincinnati, OH 45150** | - | | | | | | 0.00 |
| Account No. **xx1104** <br><br>**TR Auto Truck Plaza Garage** <br>**1217 Deep Springs Rd.** <br>**Dandridge, TN 37725** | - | | 06.27.2010 <br>Tire Service | | | | 0.00 |
| Account No. <br><br>**Trans Guard Nait Association** <br>**P.O. Box 901606** <br>**Kansas City, MO 64190** | - | | | | | | 0.00 |

Sheet no. __**57**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suncica Cekic**                                                    ,          Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx** <br><br> **Trans Recovery Solutions, LLC** <br> **970 W. marketview Dr.** <br> **Suite 10-316** <br> **Champaign, IL 61822** | - | | | | 6.09.2011 | | | | 0.00 |
| Account No. **1379** <br><br> **Transchicago Truck Group** <br> **4000 North Mannheim Rd** <br> **Franklin Park, IL 60131** | - | | | | 07.04.2011 | | | | 0.00 |
| Account No. **5493** <br><br> **TransGuard General Agency, Inc.** <br> **11020 N. Ambassador Dr.** <br> **Kansas City, MO 64153** | - | | | | 05.31.11 <br> Insurance | | | | 0.00 |
| Account No. <br><br> **Transplace Freight Services LLC** <br> **3010 Gaylord Parkway** <br> **Suite 200** <br> **Frisco, TX 75034** | - | | | | | | | | 0.00 |
| Account No. **4676** <br><br> **Travel Centers** <br> **1000 E. Mt. Vernon Blvd** <br> **Mount Vernon, MO 65712** | - | | | | 10.05.2011 <br> Repairs | | | | 0.00 |

Sheet no. **58** of **68** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Suncica Cekic_____,    Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **9527**<br><br>**Travel Centers of Americ # 070**<br>**I-35 & US 75 Highway**<br>**Lebo, KS 66856** | - | | | | **10.09.2010**<br>**Truck Service and Repair** | | | | **0.00** |
| Account No. **xxx1922**<br><br>**TravelCenters of America**<br>**505 Truckers Lane**<br>**Bloomington, IL 61701** | - | | | | **08.16.2010**<br>**Repairs** | | | | **0.00** |
| Account No. **xxxxxxx3 660**<br><br>**Travelers Insurance**<br>**CL Remittance Center**<br>**One Tower Square 8MS**<br>**Hartford, CT 06183-1008** | - | | | | **2009**<br>**Insurance Services** | | | | **Unknown** |
| Account No. **xx5112**<br><br>**Tredrock Tire Services**<br>**P.O. Box 1248**<br>**Bedford Park, IL 60499** | - | | | | **10.08.2010**<br>**Tire Repairs** | | | | **0.00** |
| Account No.<br><br>**Trendset, Inc.**<br>**P.O. Box 1208**<br>**Mauldin, SC 29662** | - | | | | | | | | **0.00** |

Sheet no. __59__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                        (Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Triton Trucks & Equipment LLC**<br>**4470 Bowman Industrial Ct**<br>**Conley, GA 30288** | - | | | **07.08.2011**<br>**Trailer Purchase** | | | | **0.00** |
| Account No. **xx5748**<br><br>**Truck City of Gary**<br>**P.O. Box 64800**<br>**Gary, IN 46401** | - | | | **16.09.2011**<br>**Truck Repair** | | | | **0.00** |
| Account No. **6954**<br><br>**Truck Country Davenport**<br>**2350 W 76th St.**<br>**Davenport, IA 52806** | - | | | **02.26.2011**<br>**Repairs** | | | | **0.00** |
| Account No. **0631**<br><br>**Truck Enterpirses Hagerstown Inc.**<br>**18216 Maugans Avenue**<br>**Hagerstown, MD 21742-1976** | - | | | **9.8.2010**<br>**Truck repair** | | | | **0.00** |
| Account No. **9623**<br><br>**Truck Tech Inc.**<br>**4665 W 120th St.**<br>**Alsip, IL 60803** | - | | | **09.20.2010** | | | | **0.00** |

Sheet no. __60__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                      **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                                    ,                Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9766** <br><br> **Trux Trailer and Tractor Repair 900 Northwest Bypass Springfield, MO 65802** | - | | **2.10.2011 Truck Repair** | | | | **0.00** |
| Account No. **x6027** <br><br> **Turley Truck Service 21275 Route 19 Cranberry Twp, PA 16066** | - | | **10.02.2010 Repairs** | | | | **0.00** |
| Account No. **xxxx6096** <br><br> **U-Hall Moving & Storage of Aurora 1282 N. Lake St. Aurora, IL 60506** | | | **12.17.2010 Pad Rental** | | | | **0.00** |
| Account No. **xxxx** <br><br> **United Brokers Insurance P.O. Box 1243 New Albany, IN 47151** | - | | **12.29.2011 Insurance** | | | | **0.00** |
| Account No. **xxxx** <br><br> **USA Truck, Inc. P.O. Box 449 Van Buren, AR 72957** | - | | | | | | **0.00** |

Sheet no. __61__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Suncica Cekic**_____,     Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Owner Operator | | | | |
| **Valentin Rios Jose** **856 Emilio Pl.** **P.O. Box 1518** **Canutillo, TX 79835** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Valley Freightliner, Inc.** **524 Jack's Lane** **Mount Vernon, WA 98273** | - | | | | | | 0.00 |
| Account No. **xx1645** | | | 12.05.2011 Parts | | | | |
| **Vanguard Truck Center of Atlanta** **700 Ruskin Drive** **Forest Park, GA 30297** | | | | | | | 0.00 |
| Account No. **xxxxxxxxx-0001** | | | Phone Service | | | | |
| **Verizon** **P.O. Box 4002** **Acworth, GA 30101** | - | | | | | | 0.00 |
| Account No. **xxxxxxxxx-0001** | | | 2012-2013 Phone Service | | | | |
| **Verizon Wireless** **777 Big Timber Road** **Elgin, IL 60123** | - | | | | | | 0.00 |

Sheet no. __**62**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Suncica Cekic** ,                                      Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 05.09.2011 Oil Servicing | | | | |
| **Vinalerito Lube 8201 N.W. 93 St Medley, FL 33166** | | - | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Vladim Stepanov 277 Indian Pointe Dr. Maineville, OH 45039** | | - | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | Owner Operator | | | | |
| **Vladimir Gushchin 17222 Chatham St. Lewes, DE 19958-7230** | | - | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | Owner Operator | | | | |
| **Volodimir Yosaftvenger 9209 S. Springfield Av.e Evergreen Park, IL 60805** | | - | | | | | | |
| | | | | | | | | **0.00** |
| Account No. **xxxx1656** | | | | Opened 7/29/12 Last Active 10/30/13 Charge Account | | | | |
| **Von Maur Attn: Credit Dept 6565 Brady St. Davenport, IA 52806** | | - | | | | | | |
| | | | | | | | | **0.00** |

Sheet no. __63__ of __68__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                                    ,            Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **8838** <br><br> **W.W. Engine & Supply Inc.** <br> **P.O. Box 1258** <br> **Somerset, PA 15501** | | - | | | 3.10.2010 <br> Repairs | | | | **Unknown** |
| Account No. **xxx1182** <br><br> **Waco Freightliner** <br> **4800 North Interstate 35** <br> **Waco, TX 76705** | | - | | | 01.05.2011 <br> Airbag Repair | | | | 0.00 |
| Account No. <br><br> **Wael M El Sabbagh** <br> **9425 S 68th Court** <br> **Oak Lawn, IL 60453** | | - | | | Owner Operator | | | | 0.00 |
| Account No. <br><br> **Wajih Ahmad Abusaoud** <br> **9338 Pepperwood Drive** <br> **Orland Hills, IL 60499** | | - | | | Onwer Operator | | | | 0.00 |
| Account No. **xx9504** <br><br> **Wentworth Tire Service** <br> **300 N Y York Road** <br> **Bensenville, IL 60106** | | - | | | 11.30.2011 <br> Phone Service | | | | 0.00 |

Sheet no. __**64**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suncica Cekic**                                                                      ,    Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **x2125**<br><br>**Western Dairy Transport LLC**<br>**002 NM 467**<br>**Portales, NM 88130** | - | | | **11.04.2011**<br>**Cleaning Services** | | | | 0.00 |
| Account No. **903**<br><br>**Western Star Trucks**<br>**325 Rusher Creek Road**<br>**Evansville, IN 47725** | - | | | **07.12.2009**<br>**Truck Servicing** | | | | 0.00 |
| Account No. **xx4225**<br><br>**Westland Truck & Salvage Inc**<br>**902 Westway**<br>**Canutillo, TX 79836** | - | | | **Truck Repair** | | | | 0.00 |
| Account No. **xxxxxx0611**<br><br>**Whites Travel Center LLC**<br>**2440 Raphine Road**<br>**Raphine, VA 24472** | - | | | **05.23.2011**<br>**Truck Service** | | | | 0.00 |
| Account No. **xx4431**<br><br>**Wick's Truck Trailers Inc**<br>**2135 W. Old Rte 66**<br>**Strafford, MO 65757** | - | | | **11.10.10**<br>**Truck Servicing** | | | | 0.00 |

Sheet no. __**65**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suncica Cekic** _____ ,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Willard A. Perry Jr.** <br> **2503 N Shirley** <br> **Harlingen, TX 78550** | | - | | **Owner Operator** | | | | 0.00 |
| Account No. <br><br> **William D. O'Niel** <br> **35 Vaughan Street** <br> **Providence, RI 02904** | | - | | **Owner Operator** | | | | 0.00 |
| Account No. **2377** <br><br> **Wingfoot Truck** <br> **P.O. Box 99** <br> **505 Patriot Dr. I40 exit 417** <br> **Dandridge, TN 37725** | | - | | **10.26.2010** <br> **Truck Servicing** | | | | 0.00 |
| Account No. <br><br> **Wingfoot Truck Care Center 424** <br> **11957 Douglas Ave.** <br> **Urbandale, IA 50323** | | - | | **Truck Repairs** | | | | 0.00 |
| Account No. **2377** <br><br> **Wingfoot Truck Care Centers** <br> **604 W 92 Hwy** <br> **Kearney, MO 64060** | | - | | **10.03.2010** <br> **Tire Service** | | | | 0.00 |

| | | | |
|---|---|---|---|
| Sheet no. __**66**__ of __**68**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | Subtotal <br> (Total of this page) | 0.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suncica Cekic**                                          ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx** <br><br> **WTL Intermodal** <br> **P.O. Box 720** <br> **Palos Heights, IL 60463** | - | | **2/11/2011** <br> **Trailer Rental** | | | | **0.00** |
| Account No. **xP4XP** <br><br> **XTRA Lease** <br> **2405 Harnish Drive** <br> **Suite 202** <br> **Algonquin, IL 60102** | - | | **6/28/2012** <br> **Short-term Lease non-payment** | | | | **27,089.49** |
| Account No. <br><br> **Xtra Lease Chicago** <br> **5330 W 47th St.** <br> **Broadview, IL 60155** | - | | | | | | **0.00** |
| Account No. <br><br> **Zelic Dragoslav** <br> **131 S. Broad St.** <br> **Griffith, IN 46319** | - | | **Owner Operator** | | | | **0.00** |
| Account No. <br><br> **Ziad Elian** <br> **4631 Vernon apt 4** <br> **Brookfield, IL 60513** | - | | **Owner Operator** | | | | **0.00** |

Sheet no. __**67**__ of __**68**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **27,089.49**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suncica Cekic**                                              ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Owner Operator | | | | |
| **Ziad Elian** **4631 Vernon Apt. 4** **Brookfield, IL 60513** | - | | | | | | | **0.00** |
| Account No. | | | | Owner Operator | | | | |
| **Ziad Sami Ali** **14825 S. Kilpatrick Ave.** **Midlothian, IL 60445** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **ZP Transport, Inc.** **8714 NE 55th Ave** **Vancouver, WA 98665** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __68__ of __68__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **0.00** |
| Total (Report on Summary of Schedules) | | **64,699.33** |

B6G (Official Form 6G) (12/07)

In re   **Suncica Cekic**                                              ,   Case No. _____
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **XTRA LEASE**<br>**P.O. Box 99262**<br>**Chicago, IL 60693** | **Equipment Lease - All trailers returned** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Suncica Cekic**                                                    ,    Case No. _____
                                      Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mina Mihajlovic**<br>**8528 W. Gregory Street Apt. 3N**<br>**Chicago, IL 60656**<br>  **Daughter** | **Glenview State Bank**<br>**800 Waukegan Rd**<br>**Glenview, IL 60025** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Suncica Cekic** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income                                      12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:      Describe Employment

1.  **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | **Nanny** | |
| | Employer's name | | |
| | Employer's address | | |
| | How long employed there? | **3 months** | |

### Part 2:      Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $   **420.00** | $   **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$   **0.00** | +$   **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $   **420.00** | $   **N/A** |

Debtor 1  **Suncica Cekic**                                          Case number (*if known*)

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 420.00 | $ N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 | + $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 420.00    $ N/A

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 0.00    $ N/A

8b. **Interest and dividends**    8b.    $ 0.00    $ N/A

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ N/A

8d. **Unemployment compensation**    8d.    $ 0.00    $ N/A

8e. **Social Security**    8e.    $ 0.00    $ N/A

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: **Food Assistance Lynn Card**    8f.    $ 186.00    $ N/A

8g. **Pension or retirement income**    8g.    $ 0.00    $ N/A

8h. **Other monthly income.** Specify: _____    8h.+    $ 0.00    + $ N/A

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 186.00    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ 606.00    + $ N/A    = $ 606.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.    +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ 606.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1        **Suncica Cekic**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
maintains a separate household

## Official Form B 6J

## Schedule J: Your Expenses                                                   12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

### Part 1:    Describe Your Household

1.    **Is this a joint case?**

■ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No
☐ Yes. Debtor 2 must file a separate Schedule J.

2.    **Do you have dependents?**        ■ No

Do not list Debtor 1 and
Debtor 2.

Do not state the dependents'
names.

☐ Yes. Fill out this information for
each dependent...........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3.    **Do your expenses include
expenses of people other than
yourself and your dependents?**        ■ No
☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | **Your expenses** |
|---|---|

4.    **The rental or home ownership expenses for your residence.** Include first mortgage payments
and any rent for the ground or lot.                                        4. $ _____ **0.00**

If not included in line 4:

4a.    Real estate taxes                                                    4a. $ _____ **0.00**
4b.    Property, homeowner's, or renter's insurance                         4b. $ _____ **0.00**
4c.    Home maintenance, repair, and upkeep expenses                        4c. $ _____ **0.00**
4d.    Homeowner's association or condominium dues                          4d. $ _____ **0.00**
5.    **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____ **0.00**

Debtor 1    **Suncica Cekic**                                          Case number (if known)

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 100.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 186.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 0.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 285.61 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I)** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: **Zip Fitness** | | 21. +$ | 15.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 586.61 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 606.00 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 586.61 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 19.39 |

24.    **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Suncica Cekic**                                              Case No.

                                    Debtor(s)          Chapter      **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **90** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July  1, 2014**                          Signature   **/s/ Suncica Cekic**

                                                            **Suncica Cekic**
                                                            Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Suncica Cekic**

                   Debtor(s)

Case No.

Chapter   **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| $1,320.00 | **2014 YTD: Debtor Employment Income** |
| $0.00 | **2013: Debtor Employment Income** |
| $27,951.00 | **2012: Debtor Employment Income** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT             SOURCE

B7 (Official Form 7) (04/13)
2

## 3. Payments to creditors

**None** ■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**None** ■ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**None** ■ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **NetCorp Trailers, Inc. v. Suncica Cekic Case No. 13M4001715** | **Collection** | **Cook County Circuit Court 1500 Maybrook Dr., Rm 236 Maywood, IL 60153** | **Open** |
| **XTRA Lease LLC vs. SL Express Inc. Case No 13SLCC00018** | **Contract** | **Circuit Court of St. Louis County St. Louis County Court Building 7900 Carondelet Ave. Clayton MO 63105** | **Default Judgement** |

**None** ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

#### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Start Fresh Today 5503 N. Cumberland Ave Chicago, IL 60656** | **6/28/2014 paid Nikola Nikolic** | **$59** |

B7 (Official Form 7) (04/13)
4

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mihaela L. Raicu**<br>**70 W. Madison Street**□<br>**1400**<br>**Chicago, IL 60602** | **6/2014** | **$1,500.00** |

### 10. Other transfers

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■    List all property owned by another person that the debtor holds or controls.

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**Andrew Jekiel - married 11/2002, divorced 4/2009**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **SL Express Inc.** | | **8528 W. Gregory St. Apt 3N Chicago, IL 60656** | **Motor Carrier** | |
| **Sue's Express, Inc.** | | **800 Ravinia Pl. Orland Park, IL 60462** | **Never operational** | **6/3/2010 - 11/11/2011** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)
8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **July  1, 2014**                          Signature   **/s/ Suncica Cekic**
                                                               **Suncica Cekic**
                                                               Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Suncica Cekic**
_____   Case No. _____
                                    Debtor(s)        Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Glenview State Bank** | **Describe Property Securing Debt:**<br>**2012 Ford Focus 30,000 miles** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Mmca/c1** | **Describe Property Securing Debt:**<br>**2012 Mitsubishi Lease Interest Only** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES         ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

| | |
|---|---|
| Date **July 1, 2014** | Signature **/s/ Suncica Cekic** |
| | **Suncica Cekic** |
| | Debtor |

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Suncica Cekic**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $  **1,500.00** |
| Prior to the filing of this statement I have received | $  **1,500.00** |
| Balance Due | $  **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.  Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **July  1, 2014**

**/s/ Mihaela L. Raicu**
**Mihaela L. Raicu 6290520**
**Mihaela L. Raicu**
**70 W. Madison Street**
**1400**
**Chicago, IL 60602**
**312-224-8900  Fax: 312-284-4944**
**mraicu_esq@yahoo.com**

---

# MIHAELA L. RAICU, ATTORNEY AT LAW

MIHAELA LAZAR RAICU, J.D.

E- MAIL Address: mraicu_esq@yahoo.com

70 W. Madison, Ste 1400
Chicago, IL 60602
Phone: (312) 224-8900
FAX: (312) 284-4944

## ATTORNEY - CLIENT RETAINER AND FEE AGREEMENT

**Personal & Confidential**

**Re:** *Client Retainer and Fee Agreement*

Dear *Suncica Cekic*

    This letter confirms that *Suncica Cekic*, (the "Client(s)") has/have retained Mihaela L. Raicu for the purpose of filing and pursuing an joint/individual Chapter 7 consumer bankruptcy action.

    To the extent you desire further representation beyond filing and pursuing a bankruptcy action, an additional retainer may be required. This letter will serve as an attorney-client agreement and fee arrangements (the "Agreement") which will (i) set forth our understanding of the legal services to be performed, (ii) establish the basis and the procedure for payment, and (iii) govern all aspects of your relationship with Mihaela L. Raicu. Please read the following provisions carefully so that you fully understand the terms of our Agreement.

    Mihaela L. Raicu will bill you for legal services performed and expenses incurred on your behalf. The attorney fee that we have agreed upon for filing and maintaining a joint individual bankruptcy action is *$1,500*. You will be responsible for all the costs incurred in the filing of this action, approximately $306. Time spent on extra court appearances, motions, discovery, adversary proceedings, litigation, avoiding liens and redemptions, amendments to schedules, missed court dates or missed meeting of creditors will be billed at $275 per hour. We already received a payment of _____ and we request a payment of the final balance of _____ before filling of the bankruptcy. All additional statements are due and payable upon receipt.

    We cannot anticipate, predict, or guarantee the outcome of your legal proceeding. This firm will expend every reasonable effort on your behalf to reach a successful resolution. It is of paramount importance that the information you give to the attorney is truthful, accurate and justifiable. NOTE: The information you provide may be audited and failure to provide truthful and full disclosure of the information may result in dismissal of the case and other sanctions including criminal sanctions.

1

If you have questions about any of the terms of the Agreement, please contact the office. If the terms of the Agreement are acceptable to you, please sign below and return a copy to the office. Thank you for the opportunity to represent you. We are confident in our ability to serve you effectively and efficiently and look forward to a productive relationship.

Very truly yours,

*MIHAELA LAZAR RAICU*

**I have read the above Agreement, I understand its contents, and I agree to its terms and conditions. I also acknowledge the receipt of two notices and the bankruptcy information sheet in the form attached hereto.**

**APPROVED AND AGREED TO:**

*Suncica Cevic*

**By:** _____      **Date:** _____05-16-2014_____

**By:** _____      **Date:** _____

2

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Suncica Cekic**                                        Case No. _____

_____      Chapter   **7**
                               Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Suncica Cekic**                                    X  **/s/ Suncica Cekic**              **July  1, 2014**
Printed Name(s) of Debtor(s)                          Signature of Debtor              Date

Case No. (if known)  _____      X  _____
                                                      Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Suncica Cekic** _____   Case No. _____
                                    Debtor(s)        Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **412**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July  1, 2014** _____        **/s/ Suncica Cekic** _____
                                                   **Suncica Cekic**
                                                   Signature of Debtor

20/20 Freight Systems
38 Jeanne Dr.
Newburgh, NY 12550


5 Star Express LLC
38 Coal St.
Port Carbon, PA 17965


A & R Heavy duty Repair
960 Sivert Dr.
Wood Dale, IL 60191


A Auto-Truck Service Inc.
7930 West palos Ave
Palos Park, IL 60464


A.C.E. Recovery
P.O. Box 129
Grand River, OH 44045


Abraham Lincoln Memorial Hospital
315 8th St.
Lincoln, IL 62656


ACME
2333 Arthur Av.e
Elk Grove Village, IL 60007


Action of Dothan Truck Center
P.O. Box 6747
Dothan, AL 36302


Action Tire Co.
410 Lee's Mill Road
Forest Park, GA 30297


Action Trailer LLC
9600 W. 47th Street
McCook, IL 60525


Advance Truck Repair Grooup Inc.
530 Santa Rosa Dr.
Des Plaines, IL 60018

Advanced Diesel
965 Mathers Street
Melbourne, FL 32935


Ahmad Razek
7751 West 87th Place Apt 3W
Bridgeview, IL 60455


AKE Service, Inc.
11735 S. Central Park Ave
Merrionette Park, IL 60803


Akram A Razick
11043 S. Mansfield
Chicago Ridge, IL 60415


Akransas Valley Diesel
6002 Hwy 50/287 West
Lamar, CO 81052


Allens' Inc.
305 East Main
Siloam Springs, AR 72761


Alliance Shippers I
15515 S 70th Ct.
Orland Park, IL 60462


Allied Data Research
P.O. Box 73
Roseville, CA 95678


AmBest ServiceCenter
5115 Maryland Way
Suite 300
Brentwood, TN 37027


American Recovery Service Inc.
555 St. Charles Drive
Suite 100
Thousand Oaks, CA 91360


Angelica  & Vadim Stepanov
277 Indian Pointe Drive
Maineville, OH 45039

Anwar Khaled Dihan
1208 Camelot Ln.
Lemont, IL 60439


Arkansas Valley Diesel
6002 Hwy 50/287 West
Lamar, CO 81052


Arrow Truck Sales, Inc.
245 W. South Frontage Rd.
Bolingbrook, IL 60440


Artisan and Truckers Casualty Compa
P.O. Box 94739
Cleveland, OH 44101


Associated Fuel Systems Inc.
P.O. Box 67
Conley, GA 30288


AT & T
P.O. Box 5014
Carol Stream, IL 60197


AT & T Uverse
208 S. Akard St.
Dallas, TX 75202


B&B Repairs
22708 Pemberville Road
Luckey, OH 43443


B.J. Trailer & Truck Repair
4911 S. Monitor
P.O. Box 388812
Chicago, IL 60638


Bayview Funding
20154 Allentown Drive
Woodland Hills, CA 91364


Berwick Bida
Bida Complex Bldg #93
3rd 7 Oak Streets
Berwick, PA 18603

Betty Veavers Lukoil
39 Riverside Dr.
Fultonville, NY 12072


Blue Heron Hills CC
One Country Club Lane
Macedon, NY 14502


Bluefield Transport
301 Industrial Park Road
Bluefield, VA 24605


BMW of North America
Regional Service Center
P.O. Box 3608
Dublin, OH 43016


Broadway Funding
PO BOX 66468
Chicago, IL 60666


Broadway Premium Funding
1747-22 Veterans Memorial Hwy
Islandia, NY 11749


Broome Service Center, Inc.
463 Old Jackson Hwy
Jackson, SC 29831


Bud's Tire & Wrecker
P.O. Box 203 Highway 41
Sycamore, GA 31790


Bustos Truck Tire Repair
4807 S. Kilpatrick
Chicago, IL 60632


C Johnson Truck Repair
100 South Pine
Janesville, WI 53548


Cap1/bstby
1405 Foulk Road
Wilmington, DE 19808

Cap1/carsn
Po Box 30253
Salt Lake City, UT 84130


Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Capitol Freightliner
P.O. Box 15734
Baton Rouge, LA 70895


CBCS
P.O. Box 163250
Columbus, OH 43216


Centennial Warehouse
10400 Hickman Road
Des Moines, IA 50325


Central Ag Wheel & Tire
4106 Esthner
Wichita, KS 67209


Charles J. Robinson
729 Wright Road
University Park, IL 60484


Charles Robinson
5141 Monroe Street
Matteson, IL 60443


Chase
P.o. Box 15298
Wilmington, DE 19850


Chase Auto
Attn:National Bankruptcy Dept
Po Box 29505
Phoenix, AZ 85038


Chicago Department of Revenue
121 North LaSalle St.
Chicago, IL 60602

Chicago Truck
5300 West Plattner Dr
Alsip, IL 60803


City of Burbank Police
5650 W. 75th Place
Burbank, IL 60459


City of Chicago
8212 Innovation Way
Chicago, IL 60682


City of Palos Hills
10335 South Roberts Road
Palos Hills, IL 60465


CollisionCraft
7530 W. 90th St.
Bridgeview, IL 60455


Comcast
Attn: Bankruptcy Department
P.O. Box 3005
Southeastern, PA 19398


Comcast Cable Communications LLC
Law Department
One Comcast Center
Philadelphia, PA 19103


Comdata Corporation
5301 Maryland Way
Brentwood, TN 37027


Comenity Bank/Ann Taylor
Attention: Bankruptcy
Po Box 182686
Columbus, OH 43218


Comenity Bank/Value City Furniture
Attn: Bankruptcy
Po Box 182686
Columbus, OH 43218

Compass Lease, LLC
9001 W. 79th Place
Justice, IL 60458


Concentra
Occupational Health Centers SW, P.A
P.O. Box 488
Lombard, IL 60148


Concentra Medical Centers
5850 S. Polaris Ave.
Suite 100
Las Vegas, NV 89118


Conway Enterprises Inc.
100 Conway Lane
Evergreen, AL 36401


Corporate Billing LLC
P.O. Box 2257
Decatur, AL 35609


Credit Collection Services Commerci
Two Wells Avenue
Newton Center, MA 02459


Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007


Crowders Fleet Maintenance LLC
4020 Dignan St.
Jacksonville, FL 32254


Cummins Mid-South LLc
P.O. Box 842316
Dallas, TX 75284


Cummins Power South
5125 Georgia Hwy 85
Atlanta, GA 30349


Daniel A. Holston
2373 E 70th
Batavia, IL 60510

Dean's Auto & Diesel Repair
1608 St. Rt. 127 N
Scott, OH 45886


Dekalb County Recorders Court
3630 Camp Circle
Decatur, GA 30032


Dhalida M. Ozuna
P.O. Box 733
Hinckley, MN 55037


Dimara Transportation Services
35 Vaughan Street
Providence, RI 02904


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Don's Tire & Truck Service Inc.
P.O. Box 3816
Big Spring, TX 79721


E & R Trailer Sales Service Inc.
20186 Lincoln Hwy
Middle Point, OH 45863


E-470 Public Highway Authority
P.O. Box 5470
Denver, CO 80217


E.C. Colley Warehouse Corporation
1121 South Claiborne Ave.
New Orleans, LA 70125


Eagle Capital Corporation
P.O. Box 4215
Tupelo, MS 38803


ED Schmidt Truck Store LLc
1270 conant Street
Maumee, OH 43537

Eddie's Repair Shop
10031 Virginia Av.
Chicago Ridge, IL 60415


EFTPS Processing Center
P.O. Box 173788
Denver, CO 80217


EIMA Corp
12553 S. Laramie Ave
Alsip, IL 60803


Eldon M. White
101 Leigh Lane
Montz, LA 70068


Ethnic Media Corporation
704 S. Milwakee Ave.
Wheeling, IL 60090


Eugenija Barauskas
11735 S. Central Park Ave
Merrionette Park, IL 60803


Excelle Technoligies, Inc.
Pro Transport
120 W. Golf Rd., suite 200
Schaumburg, IL 60195


FallZones Towing Service Inc.
Wilkes-Barre Terminal
271 N. Sherman Street
Wilkes-Barre, PA 18072


Family Medical Lab, Inc.
915 E. Garriott Suite E
Enid, OK 73701


Far Service Group
12520 Yorkshire Dr.
Homer Glen, IL 60491


Farmers Insurance Group
11414 S. Harlem
Worth, IL 60482

FedEx - Customer Relations
3875 Airways, Module H3
Department 4634
Memphis, TN 38116


FEDEX Truckload Bro
1475 Boettler R
Uniontown, OH 44685


Field & Road Service Truck Repair
P.O. Box 306
Pawnee, IL 62558


Fifth Third Bank
Fifth Third Bank Bankruptcy Department,
1830 East Paris Ave.
Grand Rapids, MI 49546


Five Star Twoing LLC
1635 9th Street
P.O. Box 3240
Rock Springs, WY 82901


Fleet One
613 Bakertown Road
Antioch, TN 37013


FleetCo Inc.
3003 Brick Church Pike
Nashville, TN 37207


FleetPride
P.O. Box 847118
Dallas, TX 75284


FleetPride
7400 W. 87th Street
Bridgeview, IL 60455


FleetPride Inc.
600 E. LAS COLINAS BOULEVARD
75039
Irving, TX 75039

Florida Pro Diesel Inc.
8201 N.W. 93rd Street
Medley, FL 33166


Franklin Collection Service, Inc.
P.O. Box 3910
Tupelo, MS 38803


Freedman Anslemo Lindberg
1807 W. Diehl Suite 150
Naperville, IL 60566


G & D Trailer Repairs LLC
1409 Cholla Way
Las Vegas, NV 89101


Gabrielli Truck Sales of CT, LLC
277 New Park Avenue
Hartford, CT 06106


GE Capital
300 E. Carpenter Freeway #200
Irving, TX 75062


GE Capital Corp
P.O. Box 35707
Billings, MT 59107


GE Transportation Finance
P.O. Box 3083
Cedar Rapids, IA 52406


GECRB/AVB Buying Group
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


General Electric Company
333 Hesper Road
P.O. Box 37504
Billings, MT 59102


Genesis Drug Testing
P.O. Box 452307
Laredo, TX 78045

Gerald's Towing & Truck Repair
1633 St. Mary St.
P.O. Box 808
Scott, LA 70583


Gerard T. Jackson
310 Redwood Drive Box 16
Coosada, AL 36020


Getloaded Corp.
One Park West Circle
Suite 300
Midlothian, VA 23114


Glenview State Bank
800 Waukegan Rd
Glenview, IL 60025


Goodyear Towing & Recovery, Inc.
407 Mill Avenue
Enterprise, AL 36331


GPSNet Technoligies
3290 Jefferson Boulevard, Suite 202
Windso, Ontario N8T 2W8 CANADA
Windsor, ON


Grandview Medical Center
1000 Highway 28
Jasper, TN 37347


Great American Assurance Co
49 East 4th Street DNT-3
Cincinnati, OH 45202


Great American Inc.
1781 Westfork Drive Suite 104
Lithia Springs, GA 30122


Great American Insurance Group
Specialty Accounting
P.O. Box 89400
Cleveland, OH 44101

Great West Casualty Company
 1100 West 29th Street
P.O. Box 277
South Sioux City, NE 68776


GTO Trucking and Repair Inc.
1310 South 4th Ave.
Maywood, IL 60153


Guschchin
2353 83rd Street
Brooklyn, NY 11214


Hamder Trucking
5584 S. Forrester Dr.
Rochelle, IL 61068


Harris County Toll Road
Dept 1
P.O. Box 4440
Houston, TX 77210


Haywood Medical - DOT
576 Leroy George Dr. Bldg 1
Clyde, NC 28721


Holiday Fleet Services Inc.
2507 Walnut St. N
Roseville, MN 55113


Holiday Truck Equipment
3701 85th Avenue NE
Shoreview, MN 55126


Hood's Service Center Inc.
1651 S. Hwy K
Bois D Arc, MO 65612


Hoosier Trailer & Truck Equipment
4830 Todd Drive
Fort Wayne, IN 46803


Horizon Premium finance
6000 W. 79th Street
Burbank, IL 60459

House of Trucks
7910 Joliet Road
Willowbrook, IL 60527


HR Studio, Inc.
7158 West Grand Ave.
Elmwood Park, IL 60707


I-20 Truck Shop
P.O. Box 29
Bowdon Junction, GA 30109


Ice Mountain Direct
# 215
6661 Dixie Hwy, Suite 4
Louisville, KY 40258


Ice Mountain Spring Water Co.
#216
6661 Dixie Hwy Suite 4
Louisville, KY 40258


Il G Truck Repair
1850 High Prairie Rd. Suite 410
Grand Prairie, TX 75050


Illinois commerce Commission
527 East Capitol Ave, 1st Floor
Springfield, IL 62701


Illinois Department of Revenue
Motor Fuel Use Tax Section
P.O. Box 19027
Springfield, IL 62794


Illinois Department of Transportato
Division of Traffic Safety
1340 North 9th St, P.O. Box 19212
Springfield, IL 62794-9212


Illinois Dept of Employment Securit
33 S. State 10th Floor
Chicago, IL 60603

Illinois License Services Inc.
800 Ravinia Place
Orland Park, IL 60462


Illinois Secretary of State
Commercial & Farm Truck Division
501 S Second St Rm300 Howlett Bldg
Springfield, IL 62756


Illinois Toll
P.O. Box 5201
Lisle, IL 60532


Illinois Tollway
2700 Ogden Ave.
Downers Grove, IL 60515


ImmediCenter
500 Union Voulevard
Totowa, NJ 07512


Insurance Administrator, Inc.
309 Stuart Place Road
Harlingen, TX 78552


Insurance Finance Corporation
P.O. Box 315
Des Moines, IA 50306


Internal Revenue Service
ACS Support - STOP 813G
P.O. Box 145566
Cincinnati, OH 45250


Internet Truckstop
P.O. Box 99
New Plymouth, ID 83655


J & J Truck Mobile Repair
P.O. Box 1834
Huntington, WV 25719


Jaroslaw Zalewski
8104 S. Neenah
Burbank, IL 60459

JC Truck Repairs
15545 S. Weber Road
Lockport, IL 60441


JD Factors, LLC
P.O. Box 687
Wheaton, IL 60189


JMS Trucking
905 Wendy Ln.
Carthage, MO 64836


Joelis Alfaro
3510 SW 3st
Miami, FL 33135


John's Auto Glass
4259 N. Milwaukee Ave.
Chicago, IL 60641


Jose V. Rios
856 Emilio Pl
Canutillo, TX 79835


Joseph, Mann & Creed
20600 Chagrin Blvd
Suite 550
Shaker Heights, OH 44122


JPG Trans Company Inc.
5431 Goodwick Way apt B
Norcross, GA 30071


JX peterbilt - Bolingbrook
535 East South Frontage Rd
Bolingbrook, IL 60440


K & K Auto Truck Stop
 P.O. Box 4
Mounds, IL 62964


Kansas Motor Carrier Property Tax
Kansas Department of Revenue
915 SW Harrison St.
Topeka, KS 66612

Katie Embry
1211 E. Wilson
Batavia, IL 60510


Kazimieras Janavicius
11735 S. Central Park Ave
Merrionette Park, IL 60803


KBM Equipment Repair Inc.
7715 W. 88th Street
Bridgeview, IL 60455


Kentucky Division of Motor Carriers
Tax Branch
P.O. Box 2007
Frankfort, KY 40602


Kentucky Tire Exchange
331 Kentucky St.
P.O. Box 616
Bowling Green, KY 42102


Kukobat Rade
2100 44th St.
Highland, IN 46322


Kurt Roger Gonzales
12000 NW 13th St.
Pembroke Pines, FL 33026


Landair Trans Inc.
P.O. Box 938
Greeneville, TN 37744


Landis Express Inc.
P.O. Box 14807
2600 Beltline Ave.
Reading, PA 19612


Landstar System Inc.
P.O. Box 19137
Jacksonville, FL 32245

LEC Trucking Inc
5141 Monroe Street
Matteson, IL 60443


Lewis, Rice & Fingersh, L.C.
for XTRA Lease
600 Washington Avenue, Suite 2500
Saint Louis, MO 63101


Lexis Nexis Medical Review Services
480 Quadrangle Drive
Suite D
Bolingbrook, IL 60440


Little Company of Mary
Affiliated Services In.
5660 West 95th Street, Suite 1
Oak Lawn, IL 60453


LKC Logistics
118 Deertrail E
Sebring, FL 33876


Love's Tier Care #266
3201 12th NW
P.O. Box 2236
Ardmore, OK 73401


Love's Tire Care #306
1058 Deep Springs Rd.
Dandridge, TN 37725


Love's Tire Care #370
2586 N. Main Street
Hubbard, OH 44425


Loves Tire Care #204
1601 Brikes road
Eufaula, OK 74432


Loves Tire Care #370
2586 N. Main Street
Hubbard, OH 44425

Luis Alberto Leiva Quintana
38034 Beryl Court
Palmdale, CA 93552


Luis L. Quintana
1502 East Ave. Apt. R7
Palmdale, CA 93550


Luis Lamboy
1320 Old Victorian Ct
Duluth, GA 30096


Luis Vladimir Lamboy
1009 South 49th Street
Tampa, FL 33619


Lukasz J. Prus
4510 David Ln
Crystal Lake, IL 60014


M and A Truck and Trailer
7006 W 96th St.
Oak Lawn, IL 60453


M&A Truck&Trailer Expert Services C
143 Beeline Drive
Bensenville, IL 60106


M&M Air Cargo & Delivery Service
P.O. Box 3010
Laredo, TX 78044


Marius Mazuna
8914 W 147th St.
Orland Park, IL 60462


Mark Grochocinski
on behalf of NetCorp Trailers Inc.
9654 W. 131St St., Suite 414
Palos Park, IL 60464


Mark Signs Inc.
211 Beeline Drive Unit 9
Bensenville, IL 60106

MasterFleet LLC
P.O. Box 11906
Green Bay, WI 54307


Mazin Zahra
5694 S Archer Ave
Chicago, IL 60638


Mazuna
2003 Doral Ct
Palos Heights, IL 60463


MDA Express Inc.
7801 W. 112th Pl
Palos Hills, IL 60465


Mechanix on Wheels
33303 Rollingwood Dr.
Pinehurst, TX 77362


Med-Stop Inc.
2781 Marden Court
Northbrook, IL 60062


MedTox Laboratories Inc.
402 West County Road D.
Saint Paul, MN 55112


Medwest Haywood
Carolinas Health Care
P.O. Box 369
Clyde, NC 28721


Melon One Inc
26 Brooklyn Terminal Market
Brooklyn, NY 11236


MHC Kenworth - Knoxville
1400 Ault Road
P.O. Box 6599
Knoxville, TN 37914


MHC Kenworth South Dallas
34661 LBJ Freeway
Dallas, TX 75241

Michael Hill
7046 S. Racine
2nd Floor
Chicago, IL 60636


Michigan Department of Treasury
P.O. Box 30140
Lansing, MI 48909


Michigan Truck & Equipment Sales, I
4525 Clyde Park SW
Wyoming, MI 49509


Midway Truck Parts
7400 W. 87th Street
Bridgeview, IL 60455


Midwest Trailer Repair, Inc.
1900 W. 43rd St.
Chicago, IL 60609


Mieczyslaw Gancarz
8633 W 73rd Place
Justice, IL 60458


Mina Mihajlovic
8528 W. Gregory Street Apt. 3N
Chicago, IL 60656


Miroslaw Sojda
20 Ascot Ln.
Streamwood, IL 60107


Mmca/c1
Attention: Banktruptcy Department
3120 Rider Trail S
Earth City, MO 63045


Mohamed Sghaier Gorchene
8100 W 107th St.
Palos Hills, IL 60465


Mountain West Truck Center
1475 W. 2100 S.
Salt Lake City, UT 84119

Multi Service
8650 College Boulevard
Overland Park, KS 66210


Municipal Collection Services, Inc.
7330 College Drive
Suite 108
Palos Heights, IL 60463


Mustafa Dzafic
3228 E. 31st Ave
Spokane, WA 99223


Naeem Chaudari
c/o Meggesto Crossett & Velerino
313 E. Willow Street Suite 201
Syracuse, NY 13203


National 1 Logistics
10335 S. Austin Ave
Oak Lawn, IL 60453


National City Bank
 P.O. Box 30308
Kalamazoo, MI 49003


National Semi-Trailer Corp.
1001 Independence Drive
Romeoville, IL 60446


National Semi-Trailer Corporation
1001 Independence Drive
Romeoville, IL 60446


National Toxicology Specialists, In
1425 Elm Hill Pike
Nashville, TN 37210


NCO Financial Systems Inc.
600 Holiday Plaza Drive
Suite 300
Matteson, IL 60443

Nenad Milovanovic
5111 W. Montrose Ave.
Chicago, IL 60641


NetCorp Equipment C
2600 S 25th Ave.
Broadview, IL 60155


NetCorp Trailers, Inc.
P.O. Box 6340
Broadview, IL 60155


New Mexico Commercial Vehicles
P.O. Box 5188
Santa Fe, NM 87502


New Mexico Taxation and Revenue Dep
P.O. Box 630
Santa Fe, NM 87504


New York State Tax Department
Misc Tax - Hut Processing
W A Harriman Campus
Albany, NY 12227


NIC technologies (DOT)
P.O. Box 219907
Kansas City, MO 64121-9907


North Texas Tollway Authority
P.O. Box 660244
Dallas, TX 75266


Northland Insurance Company
a/s/o Naeem Chaudari
385 Washington St.
Saint Paul, MN 55102


NY International REgistration Unit
IRP Unit
P.O. Box 2850 - ESP
Albany, NY 12220

Occupational Health Magement System
5660 W 95th Street Suite 1
Oak Lawn, IL 60453


OCF
2108 Canton Way SW
Olympia, WA 98502


Office of the Secretary of State
501 SO 2nd St.
300 Howlett Bldg
Springfield, IL 62756


Ohio Public Utilites Commission
Compliance Division
180 East Broad Street, 4th Floor
Columbus, OH 43215


Omar Villalobos
309 Southview Drive
Rochelle, IL 61068


Orange Comm Credit
7051 Highway 70 south #337
Nashville, TN 37221


Orange Commercial
6480 Weathers Place
Suite 250
San Diego, CA 92121


Orange Commercial Credit
1990 S. Santa Cruz
Anaheim, CA 92805


Oregon DOT
550 Capitol Street NE
Salem, OR 97301


Outsource Fleet Services, Inc.
6363 West73rd St.
Bedford Park, IL 60638

PAL Trailer Leasing
571 S. Jolliet Rd.
Bolingbrook, IL 60440


Parker Stanbury LLP
for Luis Alberto L Quintana
444 S Flower Street, 19th Floor
Los Angeles, CA 90071


Penske Leasing
P.O. Box 563
Reading, PA 19603


Penske Truck Leasing
Route 10 Green Hills
P.O. Box 391
Reading, PA 19603


Peoples Insurance Agency
1700 8th Street
P.O. Box 119
Waverly, IA 50677


Performance Truck
100 Pit Stop Trace
Buda, TX 78610


Peterbilt of Wyoming
4113 W. Yellowstone Hwy
Casper, WY 82604


Petro Lube
4700 S. Lincoln Ave.
York, NE 68467


Petro Lube # 370
301 SW First Street
Oak Grove, MO 64075


Petro Lube #313
I-40 Exit 79 At Horizon Blvd
Milan, NM 78219

Petro Lube #315
I-40 and Blake Ranch Rd.
Kingman, AZ 86401


Petro Lube #353
North 5800 Kinney Road
Portage, WI 53901


Petro Lube #368
923 South Sylvania Ave
Sturtevant, WI 53177


Phillip Greene, M.D.
6407 Idlewild Rd.
Suite 211
Charlotte, NC 28212


PIA
1700 8th Street SW
Waverly, IA 50677


PNC Bank
P.O. Box 856177
Louisville, KY 40285


Pol-Tex International
13830 Hatcherville Road
Mont Belvieu, TX 77580


Pomp's Tire Service Inc.
P.O. Box 1630
Green Bay, WI 54305


Power Lube LLC
1461 Busse Rd.
Elk Grove Village, IL 60007


Powers & Stinson
384 E. Goodman Road
Suite 242
Southaven, MS 38671

Powwrotrans Corp
Pawel Jan Wrobel
8214 Daniel Dr.
Justice, IL 60458


Private Pay Drug Test
4201 Pottsville Pike
Reading, PA 19605


Pro Med South
3801 S. Lamar Blvd
Austin, TX 78704


Pro-Master Truck Repair Inc.
4549 W. 137th St.
Midlothian, IL 60445


Progressive Commercial Auto Insuran
P.O. Box 94739
Cleveland, OH 44101


Progressive Insurance
6300 Wilson Mills Road
Cleveland, OH 44143


Quality Truck Care Center Inc.
P.O. Box 3337
Oshkosh, WI 54903


Quest Diagnostics Inc
One Malcolm Avenue
Teterboro, NJ 07608


Quill.com
P.O. Box 37600
Philadelphia, PA 19101


RaDa Truck Service Inc.
P.O. Box 266
Hubbard, OH 44425


Rafal Kaczmarczyk
dba Raka's Trucking Corporation
8633 W. 73rd Pl.
Justice, IL 60458

Rapid Recovery Solutions
25 Orville Drive suite 101
Bohemia, NY 11716


RingCentral, Inc.
999 Baker Way
5th Floor
San Mateo, CA 94404


Riviera Finance
Central Processing
17 W. 415 Roosevelt Road
Oakbrook Terrace, IL 60181


RMS
300 Arboretum Place
P.O. Box 26446
Richmond, VA 23261


Road Equipment Parts Center
3275 Dodd Rd
Saint Paul, MN 55121


Robert J. Skowronski
5491 N. Milwaukee Ave.
Chicago, IL 60630


Rochelle Community Hospital
900 N. Second Street
Rochelle, IL 61068


Rogers On Road
126 Elmo Ave.
South Beloit, IL 61080


Rosario Arevalo
128 Cargill St apt 10
El Paso, TX 79905


Route 83 Truck Wash
1461 Busse Rd.
Elk Grove Village, IL 60007

RTS Financial
8601 Monrovia
Lenexa, KS 66215


Rush Truck Center
5165 Vasquez Blvd
Denver, CO 80216


Safety Support Services, Inc.
6757 W. 111th Street
Worth, IL 60482


Safeway
16900 W. Schulte Road
Tracy, CA 95377


Safeway Stores
P.O. Box 29093
Phoenix, AZ 85038


Saga Trucking Inc.
1949 Hancock Dr.
Hoffman Estates, IL 60169


Samir R Khamis Hishmeh
6721 W. 91st Pl
Oak Lawn, IL 60453


Sandell Transport
3223 Fort Haunte
Schenectady, NY 12303


Sanford Recycling & Transfer, Inc.
555 N. White Cedar Road
Sanford, FL 32771


Scott Oakley
1704 Zuma Drive
#411
Arlington, TX 76006


Semi-Solutions, Inc.
P.O. Box 328
Lemont, IL 60439

Seneca One Stop
745 Broad Street
Salamanca, NY 14779


Sierra Pacific Distribution
4300 Finch Road
Modesto, CA 95357


Silver's Diesel and Auto Tire Repai
10000 Hwy 59 S Shepherd
Shepherd, TX 77371


Softec International Inc.
50 NE 9TH STREET
Miami, FL 33132


Speedco #302
1704 West Evergreen
Effingham, IL 62401


Speedco #303
5191 Harding Lane
Indianapolis, IN 46217


Speedco #307
5225 West 26th Street
Gary, IN 46406


Speedco #309
2205 SW Railroad Avenue
Hammond, LA 70403


Speedco #315
55 Manning Drive
Girard, OH 44420


Speedco #316
1317 Horizon Blvd
El Paso, TX 79928


Speedco #326
1103 Walrker Street
Walcott, IA 52773

Speedco #332
1102 Logistic Drive
Laredo, TX 78045


Speedco #340
4804 N 350 E
Whiteland, IN 46184


Speedco #341
301 SE 4th Street
Oak Grove, MO 64075


Speedco 323
5815 E. 30th St.
Joplin, MO 64804


St. Lucie Battery & Tire
5500 Orange Ave.
Fort Pierce, FL 34947


Star Express Inc.
20 W. 527 Westminster Dr.
Downers Grove, IL 60516


State Line Emergency Truck Service
2390 Hwy. 109 South
Vinton, LA 70668


Steves Mobile Maintenance
617 Arbourdale Pkwy
Kansas City, KS 66105


Sunco Carriers Inc.
P.O. Box 95008
Lakeland, FL 33805


Sunteck Transport Co., Inc.
6413 Congress Ave., Suite 260
Boca Raton, FL 33487


Sutton Automotive Service
1727 South Main St
Waynesville, NC 28786

Sylectus
3290 Jefferson Boulevard, Suite 202
Windsor, Ontario CA N8T 2W8


Systems Transportation Equipment
2700 Madison
Bellwood, IL 60104


T&A Graphics Inc.
16W471 79th Street
Unit 107
Willowbrook, IL 60527


TA #010
2510 Burr Street
Gary, IN 46406


TA #035
1702 W. Evergreen Ave
Effingham, IL 62401


TA #043
4510 Broadway
Mount Vernon, IL 62864


TA #048
P.O. Box 427
Bloomsbury, NJ 08804


TA #134
2850 Main St. East
Albert Lea, MN 56007


TA #143
1025 Peppers Ferry Rd
Wytheville, VA 24382


TA #148
5101 Quebec St
Commerce City, CO 80022


TA #150
7751 Bonnie View Road
Dallas, TX 75241

TA #209
40 Riverside Drive
Fultonville, NY 12072


TA 828154
I 84 Rt 322 Exit 28
Milldale, CT 06467


TA Travel Centers of America
24601 Center Ridge Rd.
Suite 200
Westlake, OH 44145


TC of A
5101 Quebec St
Commerce City, CO 80022


TC of America
P.O. Box 230
601 Brakke Drive
Hudson, WI 54016


Texas MedClinic
6570 Ingram Road
San Antonio, TX 78238


TGH Trucking Inc.
P.O. Box 2126
Bridgeview, IL 60455


Thomas Truck Repair & Tire Service
27809 S. 7hwy
Harrisonville, MO 64701


Tire Super Center
6855 Philips Hwy
Jacksonville, FL 32216


Total Quality Logistics
P.O. Box 634558
Cincinnati, OH 45263


TQL
P.O. Box 799
Cincinnati, OH 45150

TR Auto Truck Plaza Garage
1217 Deep Springs Rd.
Dandridge, TN 37725


Trans Guard Nait Association
P.O. Box 901606
Kansas City, MO 64190


Trans Recovery Solutions, LLC
970 W. marketview Dr.
Suite 10-316
Champaign, IL 61822


Transchicago Truck Group
4000 North Mannheim Rd
Franklin Park, IL 60131


TransGuard General Agency, Inc.
11020 N. Ambassador Dr.
Kansas City, MO 64153


Transplace Freight Services LLC
3010 Gaylord Parkway
Suite 200
Frisco, TX 75034


Travel Centers
1000 E. Mt. Vernon Blvd
Mount Vernon, MO 65712


Travel Centers of Americ # 070
I-35 & US 75 Highway
Lebo, KS 66856


TravelCenters of America
505 Truckers Lane
Bloomington, IL 61701


Traveler
P.O. Box 660317
Dallas, TX 75266


TRAVELERS
P.O. BOX 26385
Richmond, VA 23260

Travelers Insurance
CL Remittance Center
One Tower Square 8MS
Hartford, CT 06183-1008


Travis County Tax Assessor
5501 Airport Blvd.
P.O. Box 149326
Austin, TX 78714


Tredrock Tire Services
P.O. Box 1248
Bedford Park, IL 60499


Trendset, Inc.
P.O. Box 1208
Mauldin, SC 29662


Triton Trucks & Equipment LLC
4470 Bowman Industrial Ct
Conley, GA 30288


Truck City of Gary
P.O. Box 64800
Gary, IN 46401


Truck Country Davenport
2350 W 76th St.
Davenport, IA 52806


Truck Enterpirses Hagerstown Inc.
18216 Maugans Avenue
Hagerstown, MD 21742-1976


Truck Tech Inc.
4665 W 120th St.
Alsip, IL 60803


Trux Trailer and Tractor Repair
900 Northwest Bypass
Springfield, MO 65802


Turley Truck Service
21275 Route 19
Cranberry Twp, PA 16066

U-Hall Moving & Storage of Aurora
1282 N. Lake St.
Aurora, IL 60506


U.S. Department of Transportation
1200 New Jersey Ave, S.E.
Washington, DC 20590


United Brokers Insurance
P.O. Box 1243
New Albany, IN 47151


USA Truck, Inc.
P.O. Box 449
Van Buren, AR 72957


Valentin Rios Jose
856 Emilio Pl.
P.O. Box 1518
Canutillo, TX 79835


Valley Freightliner, Inc.
524 Jack's Lane
Mount Vernon, WA 98273


Vanguard Truck Center of Atlanta
700 Ruskin Drive
Forest Park, GA 30297


Verizon
P.O. Box 4002
Acworth, GA 30101


Verizon Wireless
777 Big Timber Road
Elgin, IL 60123


Vinalerito Lube
8201 N.W. 93 St
Medley, FL 33166


Vladim Stepanov
277 Indian Pointe Dr.
Maineville, OH 45039

Vladimir Gushchin
17222 Chatham St.
Lewes, DE 19958-7230


Volodimir Yosaftvenger
9209 S. Springfield Av.e
Evergreen Park, IL 60805


W. O'Niel
P.O. Box 141
Tiverton, RI 02878


W.W. Engine & Supply Inc.
P.O. Box 1258
Somerset, PA 15501


Waco Freightliner
4800 North Interstate 35
Waco, TX 76705


Wael M El Sabbagh
9425 S 68th Court
Oak Lawn, IL 60453


Wajih Ahmad Abusaoud
9338 Pepperwood Drive
Orland Hills, IL 60499


Wentworth Tire Service
300 N Y York Road
Bensenville, IL 60106


Western Dairy Transport LLC
002 NM 467
Portales, NM 88130


Western Star Trucks
325 Rusher Creek Road
Evansville, IN 47725


Westland Truck & Salvage Inc
902 Westway
Canutillo, TX 79836

Whites Travel Center LLC
2440 Raphine Road
Raphine, VA 24472


Wick's Truck Trailers Inc
2135 W. Old Rte 66
Strafford, MO 65757


Willard A. Perry Jr.
2503 N Shirley
Harlingen, TX 78550


William D. O'Niel
35 Vaughan Street
Providence, RI 02904


Wingfoot Truck
P.O. Box 99
505 Patriot Dr. I40 exit 417
Dandridge, TN 37725


Wingfoot Truck Care Center 424
11957 Douglas Ave.
Urbandale, IA 50323


Wingfoot Truck Care Centers
604 W 92 Hwy
Kearney, MO 64060


Wisconsin Department of Transportat
P.O. Box 7995
Milwaukee, WI 53201


WTL Intermodal
P.O. Box 720
Palos Heights, IL 60463


XTRA Lease
2405 Harnish Drive
Suite 202
Algonquin, IL 60102


XTRA LEASE
P.O. Box 99262
Chicago, IL 60693

Xtra Lease Chicago
5330 W 47th St.
Broadview, IL 60155


Zalutsky & Pinski, Ltd
20 North Clark Street
Suite 600
Chicago, IL 60602


Zelic Dragoslav
131 S. Broad St.
Griffith, IN 46319


Ziad Elian
4631 Vernon apt 4
Brookfield, IL 60513


Ziad Sami Ali
14825 S. Kilpatrick Ave.
Midlothian, IL 60445


ZP Transport, Inc.
8714 NE 55th Ave
Vancouver, WA 98665